**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MUNICIPAL EMPLOYEES' RETIREMENT
SYSTEM OF MICHIGAN,

    Plaintiff,

vs.

VERDANTF AG, BERRY POLMANN, and
GAIA ARNABOLDI,

    Defendants.

Case No.

Hon.

## INDEX OF EXHIBITS TO PLAINTIFF'S COMPLAINT

| Exhibit Number | Description |
| --- | --- |
| Exhibit 1 | Investment Management Agreement |
| Exhibit 2 | CB Development Membership Interest Subscription Agreement |
| Exhibit 3 | CB Development Amended and Restated Limited Liability Company Agreement |
| Exhibit 4 | CB Energy Stock Purchase Agreement |
| Exhibit 5 | CB Energy Second Amended and Restated Shareholders' Agreement |
| Exhibit 6 | Partnering Agreement |
| Exhibit 7 | CB Development 2016 Financial Statement |
| Exhibit 8 | CB Patent Unit Purchase Agreement |
| Exhibit 9 | CB Patent First Amendment to Unit Purchase Agreement |
| Exhibit 10 | Draw Down Notice 005 |
| Exhibit 11 | CB Development 2017 Q4 Financial Report |
| Exhibit 12 | Second Amendment to CB Development Amended and Restated Limited Liability Company Agreement |
| Exhibit 13 | CB Energy 2021 Financial Statement |
| Exhibit 14 | Infinite Fuels Bridge Loan Facility Agreement |
| Exhibit 15 | WhatsApp Message Excerpt |
| Exhibit 16 | Draw Down Notice 033 |
| Exhibit 17 | Lockheed Martin Termination Letter |

| | |
|---|---|
| Exhibit 18 | Bridge Loan to Land Sale Agreement |
| Exhibit 19 | Draw Down Notice 043 |
| Exhibit 20 | CB Energy New Equity Purchase Agreement |
| Exhibit 21 | CB Energy/CB Patent Investments Stock Purchase Agreement |
| Exhibit 22 | List of CB Patent Shareholders |
| Exhibit 23 | CB Patent Investments Membership Interest Purchase Agreement |
| Exhibit 24 | Draw Down Notice 057 |
| Exhibit 25 | February 2023 Convertible Loan Agreement |
| Exhibit 26 | Verdantf Termination Letter |
| Exhibit 27 | June 2023 Convertible Loan Agreement |
| Exhibit 28 | CB Patent Shareholder Resolution |