# EXHIBIT 7

# Concord Blue Development, LLC

## Consolidated Financial Statements
As of and for the Year Ended December 31, 2016

The report accompanying these financial statements was issued by
BDO USA, LLP, a Delaware limited liability partnership and the U.S. member of
BDO International Limited, a UK company limited by guarantee.



# Concord Blue Development, LLC

## Consolidated Financial Statements
As of and for the Year Ended December 31, 2016

# Concord Blue Development, LLC

## Contents

**Independent Auditor's Report**                                          3 - 4

**Consolidated Financial Statements**

Consolidated Balance Sheet as of December 31, 2016                          6

Consolidated Statement of Operations
  for the Year Ended December 31, 2016                                7

Consolidated Statement of Comprehensive Income
  for the Year Ended December 31, 2016                                8

Consolidated Statement of Changes in Members' Equity
  for the Year Ended December 31, 2016                                9

Consolidated Statement of Cash Flows
  for the Year Ended December 31, 2016                               10

Notes to Consolidated Financial Statements                          11 - 23



Tel:  301-557-0300                1888 Century Park East,
Fax: 310-557-1777                4th Floor
**www.bdo.com**                  Los Angeles, CA 90067

## Independent Auditor's Report

Board of Directors
Concord Blue Development, LLC
Los Angeles, CA

We have audited the accompanying consolidated financial statements of Concord Blue Development, LLC and its subsidiaries (the "Company"), which comprise the consolidated balance sheet as of December 31, 2016, and the related consolidated statements of operations, comprehensive income, changes in members' equity, and cash flows for the year then ended, and the related notes to the consolidated financial statements.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditor's Responsibility*

Our responsibility is to express an opinion on these consolidated financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



*Opinion*

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Concord Blue Development, LLC and its subsidiaries as of December 31, 2016, and the results of their operations and their cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Emphasis of Matter  Regarding Going Concern*

The accompanying consolidated financial statements have been prepared assuming that the Company will continue as a going concern. As described in Note 3 to the consolidated financial statements, the Company is dependent for its future operations upon further release of cash from the escrow account. The cash on hand and cash flow used in operations combined with the uncertainty regarding amounts to be released from escrow raise substantial doubt about the Company's ability to continue as a going concern. Management's plans in regard to these matters are also described in Note 3. The consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter.

BDO USA, LLP

October 31, 2017

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

# Consolidated Financial Statements

# Concord Blue Development, LLC

## Consolidated Balance Sheet

| December 31, | | 2016 |
|---|---|---|
| **Assets** | | |
| **Current assets** | | |
| Cash | $ | 776,509 |
| Restricted cash | | 13,011,164 |
| Due from related parties | | 411,101 |
| Other current assets | | 14,894 |
| Total current assets | | 14,213,668 |
| **Construction in progress** | | 9,333,207 |
| **Total assets** | $ | 23,546,875 |
| **Liabilities and Members' Equity** | | |
| **Current liabilities** | | |
| Accounts payable | $ | 330,470 |
| Due to related parties | | 1,585,860 |
| MERS pooled financial instruments liability | | 13,415,000 |
| Total current liabilities | | 15,331,330 |
| **Commitments and Contingencies (Note 9)** | | |
| **Members' equity attributable to Concord Blue Development, LLC** | | 8,158,886 |
| Non-controlling interest | | 56,659 |
| **Total members' equity** | | 8,215,545 |
| **Total liabilities and members' equity** | $ | 23,546,875 |

*See accompanying notes to consolidated financial statements.*

6

# Concord Blue Development, LLC

## Consolidated Statement of Operations

| Year ended December 31, | | 2016 |
|---|---|---|
| **Operating expenses** | | |
| Compensation | $ | 629,281 |
| General and administrative | | 863,464 |
| **Total operating expenses** | | 1,492,745 |
| **Other income (expense)** | | |
| Change in fair value of MERS pooled financial instruments liability | | 2,848,784 |
| Realized foreign currency transaction loss | | (142,549) |
| Interest income | | 18,667 |
| Interest expense | | (35,067) |
| Net income before provision for income taxes | | 1,197,090 |
| Provision for income taxes | | (800) |
| Net income | | 1,196,290 |
| **Non-controlling interests** | | 70,134 |
| Net income attributable to Concord Blue Development, LLC | $ | 1,266,424 |

*See accompanying notes to consolidated financial statements.*

7

## Concord Blue Development, LLC

### Consolidated Statement of Comprehensive Income

| *Year ended December 31,* | | 2016 |
|---|---|---|
| **Net income** | $ | 1,196,290 |
| **Other comprehensive loss** | | |
| Unrealized foreign currency translation loss | | (370,745) |
| Comprehensive income | | 825,545 |
| Comprehensive loss attributable to non-controlling interest | | 199,969 |
| Comprehensive income attributable to Concord Blue Development, LLC | $ | 1,025,514 |

*See accompanying notes to consolidated financial statements.*

# Concord Blue Development, LLC

## Changes in Consolidated Statement of Members' Equity

| | Class A Units | | Class B Units | | Retained Earnings/ (Accumulated Deficit) | Accumulated Other Comprehensive Loss | Total Members' Equity Attributable to Concord Blue Development LLC | Non-controlling Interest | Total Members' Equity |
|---|---|---|---|---|---|---|---|---|---|
| | Units | Amount | Units | Amount | | | | | |
| Balance, December 31, 2015 | - | $ - | - | $ 100 | $ (547,169) | $ (143,565) | $ (690,634) | $ 256,628 | $ (434,006) |
| Contribution from Concord Blue Energy, Inc. | - | - | 72,459,458 | 2,750,000 | - | - | 2,750,000 | - | 2,750,000 |
| Contribution from Municipal Employees' Retirement System of Michigan | 12,972,974 | 8,592,161 | - | - | - | - | 8,592,161 | - | 8,592,161 |
| Conversion of Berger Group Holdings note | 522,743 | 481,845 | - | - | - | - | 481,845 | - | 481,845 |
| Distributions to members | - | (4,000,000) | - | - | - | - | (4,000,000) | - | (4,000,000) |
| Net income (loss) | - | - | - | - | 1,266,424 | - | 1,266,424 | (70,134) | 1,196,290 |
| Unrealized foreign translation loss | - | - | - | - | - | (240,910) | (240,910) | (129,835) | (370,745) |
| Balance, December 31, 2016 | 13,495,717 | $ 5,074,006 | 72,459,458 | $ 2,750,100 | $ 719,255 | $ (384,475) | $ 8,158,886 | $ 56,659 | $ 8,215,545 |

*See accompanying notes to consolidated financial statements.*

# Concord Blue Development, LLC

## Consolidated Statement of Cash Flows

| _Year ended December 31,_ | | 2016 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income | $ | 1,196,290 |
| Adjustments to reconcile net income to cash used in operating activities: | | |
| Change in fair value of MERS pooled financial instrument liability | | (2,848,784) |
| Change in operating assets and liabilities: | | |
| Other current assets | | (14,594) |
| Accounts payable | | (181,490) |
| Due to/from related parties | | (603,677) |
| Net cash used in operating activities | | (2,452,255) |
| **Cash flows from investing activities** | | |
| Cash paid for construction in progress | | (7,129,350) |
| Net cash used in investing activities | | (7,129,530) |
| **Cash flows from financing activities** | | |
| Capital contributions | | 2,750,000 |
| MERS investment | | 11,988,836 |
| Offering costs | | (144,050) |
| Capital distributions | | (4,000,000) |
| Net cash provided by financing activities | | 10,594,786 |
| Effect of exchange rates on cash | | (240,910) |
| Net increase cash | | 772,271 |
| **Cash,** beginning of year | | 4,238 |
| **Cash,** end of year | $ | 776,509 |
| **Supplemental disclosure of non cash financing and investing activities** | | |
| Conversion of convertible note to equity | $ | 481,845 |

_See accompanying notes to consolidated financial statements._

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

### 1.    Business and Organization

**Business**

Concord Blue Development, LLC (the "Company" or "CBD") is engaged in the financing, construction and operation of proprietary waste and biomass conversion facilities, using core technology known as Concord Blue Reformers. Concord Blue facilities convert biomass or waste in an environmentally friendly way into synthetic gas and char to be used for many applications such as production of electricity, proteins, oleochemicals, hydrogen, transportation fuels and activated carbon.

**Organization**

The Company was formed on July 24, 2014 as a Delaware limited liability company. The Company is majority owned by Concord Blue Energy, Inc. ("CBE"), a subsidiary of Concord Blue Engineering GmbH ("CB Engineering"). CT Power GmbH ("CT Power") is the ultimate parent of the Concord Blue group of companies.

The Company has two majority owned subsidiaries: Concord Blue Eagar, LLC ("CB Eagar") and Concord Blue One GmbH ("CB One").

### 2.    Summary of Significant Accounting Policies

**Basis of Presentation**

The financial statements are prepared in accordance with accounting principles generally accepted in the United States of America (U.S. GAAP).

**Principles of Consolidation**

The consolidated financial statements include the accounts of Concord Blue Development, LLC and its majority owned subsidiaries. All significant inter-company accounts, transactions and balances have been eliminated in consolidation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements. Significant estimates used in preparing these financial statements include asset impairments, fair value of financial instruments, income taxes and contingent and accrued liabilities. Actual results could differ from those estimates and such differences could be material to the financial position and results of operations.

**Cash**

Cash consists of cash on hand. At times, the Company's cash deposits exceed the levels insured by the Federal Deposit Insurance Corporation.

11

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

*Restricted Cash*

Restricted cash of approximately $13 million as of December 31, 2016 consists of a money market deposit account, which serves as an escrow account in accordance with the terms of the Escrow Agreement between CBE, the Municipal Employees' Retirement System of Michigan ("MERS"), and the Company (refer to Note 5).

*Prepaid Value Added Tax*

The Company is subject to Value Added Tax ("VAT") on certain expenditures in Germany at a rate of 19%. The Company is entitled to reclaim this VAT subject to reduction for VAT due on any sales on which it collects VAT. VAT amounts are included within Due from Related Parties as reported in the consolidated balance sheet because CB One's VAT returns are included in the consolidated VAT returns of CT Power.

*Construction in Progress*

Construction in progress is stated at cost, which includes the costs of construction and other direct costs attributable to the construction. No provision for depreciation is made on construction in progress until such time as the relevant assets are completed and put into use.

*Impairment of Long-Lived Assets*

Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be fully recoverable. Recoverability of long-lived assets to be held and used is measured by a comparison of the carrying amount of an asset to future net undiscounted cash flows expected to be generated by the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount that the carrying amounts of the assets exceed the fair value of the assets. Assets to be disposed of are reported at the lower of the carrying amount or fair value less selling costs. No impairment was recorded during 2016.

*Income Taxes*

The Company accounts for income taxes in accordance with the provisions of FASB Accounting Standards Codification ("ASC") Topic 740-10, *Income Taxes*. Such provisions clarify the accounting for uncertainty in tax positions and require the Company to recognize in its financial statements only tax positions determined to be more likely than not of being sustained. The Company's most significant tax position is its status as a limited liability company ("LLC"). As an LLC, the Company is not required to provide for or pay any federal income taxes as income or losses that arise from its operations are passed directly to its members. The income tax provision presented in the accompanying consolidated statement of operations represents annual state franchise taxes and fees imposed on limited liability companies. The Company recognizes interest and penalties related to any uncertain tax positions in income tax expense. Tax years that remain subject to examination are 2014 and subsequent years for federal and state purposes.

For the year end December 31, 2016, the Company has not recorded any uncertain tax positions or interest and penalties related to uncertain tax positions.

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

***Foreign Currency Translation***

The financial position and results of operations of the Company's German subsidiary are measured using the Euro as the functional currency. Revenues and expenses of this subsidiary have been translated into U.S. dollars at average exchange rates prevailing during the period. Assets and liabilities have been translated at the rates of exchange on the balance sheet date. The resulting translation gain and loss adjustments are recorded as unrealized foreign translation adjustment, a component of other comprehensive income (loss).

***Fair Value of Financial Instruments***

The carrying amounts of financial instruments such as cash, restricted cash, receivables, accounts payable, and accrued liabilities approximate the related fair values due to the short-term maturities of these instruments.

***Fair Value Measurement***

FASB ASC Topic 820, *Fair Value Measurements and Disclosures*, establishes a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities ("Level 1" measurements) and the lowest priority to unobservable inputs ("Level 3" measurements). The three levels of the fair value hierarchy under FASB ASC Topic 820 are described as follows:

*Level 1*: Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Company has the ability to access.

*Level 2*: Inputs to the valuation methodology include quoted prices for similar assets or liabilities in active markets; quoted prices for identical or similar assets or liabilities in inactive markets; inputs other than quoted prices that are observable for the asset or liability; inputs that are derived principally from or corroborated by observable market data by correlation or other means. If the asset or liability has a specified (contractual) term, the level 2 input must be observable for substantially the full term of the asset or liability.

*Level 3*: Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of relevant observable inputs and minimize the use of unobservable inputs. Observable inputs are inputs that reflect the assumptions market participants would use in pricing the asset or liability developed based on market data obtained from sources independent of the Company. Unobservable inputs are inputs that reflect the Company's own assumptions about the assumptions market participants would use in pricing the asset or liability developed based on the best information available in the circumstances.

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

The MERS Pooled Financial Instrument Liability was determined to be a Level 3 liability, which requires assessment of fair value at each period end by using several probability-weighted scenarios employing discount rates and time periods. Based on the reassessment of fair value as of December 31, 2016, the Company determined the MERS pooled Financial Instrument Liability to be $13,415,000, (all of which is shown as current), which resulted in a gain from change in fair value adjustment of $2,848,784 for the year ended December 31, 2016.

The following tables include a roll-forward of activity for the MERS Pooled Financial Instrument Liability within Level 3 of the fair-value hierarchy:

|  | Level 1 | Level 2 | Level 3 |
|---|---|---|---|
| MERS Pooled Financial Instrument Liability as of January 1, 2016 | $ - | $ - | $ - |
| Initial receipt of cash from MERS in March 2016 | - | - | 25,000,000 |
| Issuance of Class A units in May 2016 | - | - | (8,003,243) |
| Remeasurement following issuance of Class A units in May 2016 | - | - | (2,270,757) |
| Issuance of Class A units in June 2016 | - | - | (732,973) |
| Remeasurement following issuance of Class A units in June 2016 | - | - | 2,973 |
| End of period remeasurement | - | - | (581,000) |
| MERS Pooled Financial Instrument Liability as of December 31, 2016 | $ - | $ - | $ 13,415,000 |

## 3.    Liquidity and Capital Resources

As of December 31, 2016, the Company had unrestricted cash of approximately $777,000 and, for the year then ended, reported net cash used in operations of approximately $2.5 million. The Company is dependent upon further release of cash from the escrow account for its future operations. The cash on hand and cash flow used in operations combined with the uncertainty regarding amounts to be released from escrow raise substantial doubt about the Company's ability to continue as a going concern within one year from the date of this report. The accompanying consolidated financial statements have been prepared on a going concern basis, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business. The Company is working with MERS to actively pursue further releases of funds from the escrow account and is seeking further injections of capital from outside investors in order to fund the development of existing and future projects.

The consolidated financial statements do not include any adjustments relating to the recoverability and classification of asset amounts or the classification of liabilities that might be necessary should the Company be unable to continue as a going concern within one year after the consolidated financial statements are issued.

## Concord Blue Development, LLC

### Notes to Consolidated Financial Statements

### 4.    Construction in Progress

Construction in progress consists of two biomass conversion facilities. CBE contributed its interest in these two projects to the Company on March 21, 2016 in exchange for an equity interest in the Company. As of December 31, 2016, the Company's construction in progress amounted to the following:

|  | Amount |
|---|---|
| Herten, Germany | $ 7,364,403 |
| Eagar, Arizona | 1,968,804 |
|  | $ 9,333,207 |

#### *Herten*

On October 28, 2014, the Company awarded Lockheed Martin Corporation ("LM") a $45.6 million contract to proceed with the design, engineering, procurement and construction of the Herten facility. The facility will deliver electricity to the local energy grid.

#### *Eagar*

The Eagar facility is being designed and constructed by Concord Blue Eagar, LLC and will use locally-sourced waste wood biomass to generate electricity for sale to a local electric power cooperative under a Power Purchase agreement ("PPA") with Navopache Electric Co-Op Inc.

Both projects will also create as a co-product biochar or activated carbon to be sold into regional markets as a soil enhancer that retains water, improves soil properties, and sequesters carbon.

### 5.    MERS Investment, Voting, Income Allocations and Distributions

The members and their respective member equity interests at December 31, 2016 were as follows:

|  | Class A Units | Class B Units |
|---|---|---|
| CBE | - | 72,459,458 |
| MERS | 12,972,974 | - |
| Berger Group Holdings, Inc. | 522,743 | - |

On March 8, 2016, CBD entered into a Membership Interest Subscription Agreement with MERS (the "Subscription Agreement") pursuant to which MERS made an investment in the Company. Closing of investment occurred on March 21, 2016. MERS made an initial cash deposit of $25,000,000 into a jointly controlled escrow account on March 22, 2016. In May 2016, $11,000,000 was released from the escrow account upon issuance of 11,891,892 Class A units. At the same time, because more than $5,000,000 was released from the escrow account, the Subscription Agreement calls for MERS to receive equity interests in the Core Projects (see Note 6). In June 2016, a further $1,000,000 was released from the escrow account upon issuance of 1,081,081 Class A units. The Class A Units issued during the year were recorded in equity at fair value.

15

## Concord Blue Development, LLC

### Notes to Consolidated Financial Statements

The Subscription Agreement also provided MERS with a number of other rights and warrants.

On March 21, 2016, CBD entered into an Amended and Restated Limited Liability Company Agreement with MERS (the "LLC Agreement"), whereby MERS was provided with other rights including anti-dilution protection, protective rights and redemption rights.

The Subscription Agreement and the LLC Agreement together included two freestanding instruments and eight embedded features, including the Core Project Equity Interests described in Note 6 below. The Company has accounted for the MERS transactions as one pooled financial instruments liability stated at fair value called the MERS Pooled Financial Instrument Liability. The fair value of this instrument changed (i) in May and June 2016 when monies were released from the escrow account and (ii) when a distribution to Class A unit holders was made in May 2016 and has been revalued as of December 31, 2016. Changes in fair value are included in the income statement.

As of December 31, 2016, 13,495,717 Class A units had been issued and 13,531,310 units are planned to be issued in future periods based upon the release of further monies from the escrow account. The escrow account balance as of December 31, 2016 amounted to $13,011,164 and has been classified on the consolidated balance sheet as restricted cash.

On March 21, 2016, in accordance with an agreement dated July 1, 2015, Berger Group Holdings, Inc. converted a note in the principal amount of $475,000, plus accrued interest, into 522,743 Class A units. The note was issued on July 1, 2015, had a term of one year and had an interest rate of 2% per annum.

### *Voting*

In accordance with the LLC Agreement, the Board consists of up to five members (each, a "Manager") of which:

(A) (i) so long as CBE units represent at least 37.5% of the aggregate voting percentage interests ("AVPI"), three Managers, (ii) so long as CBE units represent at least 25% of the AVPI, but less than 37.5% of the AVPI, two Managers, and (iii) so long as CBE units represent at least 7.5% of the AVPI, but less than 25% of the AVPI, one Manager, will be designated from time to time by a majority of CBE unit holders (the "CBE Managers"); and

(B) (i) so long as MERS voting percentage interests ("MVPI") represent at least 25% of the AVPI, two Managers, and (ii) so long as MVPI represent at least 7.5% of the AVPI, but less than 25% of the AVPI, one Manager (the "MERS Managers") will be designated from time to time.

So long as CBE units represent at least 37.5% of the AVPI, CBE shall have the right to appoint the Chairman of the Board with the advice of MERS. Any decision or approval of the Board requires the vote or approval of a majority of Managers present at a meeting, at which a quorum is present. Each Manager is entitled to exercise one vote. Certain actions of the Board require a "super majority" vote by 80% of the Managers.

## Concord Blue Development, LLC

### Notes to Consolidated Financial Statements

---

From January 1, 2016 to March 20, 2016, CBE held 100% of the voting interests. As a result of the MERS investment on March 21, 2016, CBE's AVPI was reduced to 72.83%. As of December 31, 2016, CBE held 72.46% of the AVPI, MERS held 27.02% and 0.52% was held by Berger Group Holdings. Accordingly, for the period from March 21, 2016 to December 31, 2016, CBE had the right to appoint three managers and MERS had the right to appoint two managers to the Board of Managers.

***Allocation of Net Profits and Losses(All Terms Defined in the LLCAgreement)***

Items of income, gain, loss or deduction taken into account in determining Net Profit or Net Loss for any Taxable Period shall be allocated among the Members for purposes of determining Capital Accounts in a manner such that the Capital Account of each Member as of the end of such Taxable Period and immediately after making such allocations, is, as nearly as possible, equal (proportionately) to the difference (which may be negative) between (a) the distributions that such Member would be entitled to receive if each of the Company's assets were sold for cash equal to its respective Gross Asset Value, all Company liabilities were satisfied (limited with respect to each nonrecourse liability to the Gross Asset Value of the assets securing such liability), and the net assets of the Company were distributed to the Members immediately after making such allocation, less (b) such Member's share of Company Minimum Gain and Member Minimum Gain, computed immediately prior to the hypothetical sale of assets, and the amount, if any, such Member is obligated or treated as obligated to contribute to the Company.

***Distributions***

The Class A unit holders receive all distributions until the Class A unit holders have received a return of 100% of all capital contributions, then an 8% internal rate of return on their aggregate capital contribution to the Company. Thereafter, distributions are made to Class B unit holders up to the aggregate of distributions made to Class A unit holders. After these distributions to Class A and Class B unit holders have been made, further distributions can be made based upon percentage interests.

***Redemption by MERS***

If on March 21, 2018 the projects located in Herten, Germany and Eagar, Arizona, have not both received funding from one or more lenders and/or one or more equity providers providing in the aggregate for financing sufficient for the construction of such projects then MERS may elect by prior written notice to the Company to have all or part of the Class A Units issued and outstanding at that time redeemed and cancelled by the Company at the redemption price per Class A unit of $0.925.

***Liquidation***

Upon the occurrence of an event of dissolution, the Manager (or, if there is no Manager, such other person as shall be designated by the Members) shall take full account of the Company's assets and liabilities, shall collect the receivables of the Company, and shall liquidate the Company's assets as promptly as is consistent with obtaining the fair market value thereof. Upon dissolution, the Company shall engage in no further business other than that necessary to collect its receivables and to liquidate its assets. The proceeds from the liquidation of Company assets and collection of Company receivables, together with assets distributed in kind, shall, to the extent sufficient therefore, be applied and distributed in the following order:

- First, to the expenses of liquidation, including brokerage commissions from the sale of Company assets, escrow costs, accounting and legal fees, and other expenses;

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

- Second, to the liabilities and obligations of the Company to its creditors;
- Third, to the creation or increase of reserves; and
- Fourth, to the Members.

As of December 31, 2016 the liquidation preference is $8,383,316.

## 6.    Core Projects Equity Interests

Under the Subscription Agreement, the Company and MERS agreed that at the date that $5,000,000 has been released from the escrow account, MERS will receive equity interests valued at $15,000,000 in the aggregate in either or both of the Herten and Eagar projects (the "Core Projects"), as determined by MERS in its sole discretion. The Company and MERS will determine (i) the date (the "Value Date") on which the Core Projects will be issued and valued by mutual agreement of the Company and MERS, (ii) the portion of Core Project Equity Interest to be received by MERS in each Core Project (provided that the aggregate value of such interests shall not exceed $15,000,000) and (iii) each Core Project's projected cash flow. The value of each Core Project required under (i) above will be based on the net present value of the projected cash flows from the applicable Core Project over the applicable Core Project's useful life.

As of December 31, 2016, no equity interests in the Core Projects have been issued to MERS. However, because CBD was obligated to issue the Core Projects Equity Interests to MERS during 2016, a liability has been recorded representing the fair value of the Core Projects Equity Interests obligation and this is included, together with the other embedded rights, within the MERS Pooled Financial Instrument Liability.

## 7.    Agreement with Lockheed Martin Corporation

CB One has contracted with LM whereby LM acts as the contractor on the Herten project. Such costs have been capitalized as Construction in Progress (see Note 4). Under this contractor agreement CB One will pay LM a total of $45.6 million.

## 8.    Consolidation of CB Eagar and CB One

On March 21, 2016, CBE contributed to the Company its interests in the Eagar and Herten projects ("CB Eagar" and "CB One") and certain intangible assets in return for Class B units. Because CBE and CBD are entities under common control, following the guidance in FASB ASC 805-50-45-2, *Business Combinations*, the Company was required to present its financial statements as if the combination had been in effect since January 1, 2016. The historical carrying cost of the intangible assets was zero.

The investments in CB Eagar and CB One have both been consolidated by the Company following the guidance in ASC 810, *Consolidation*.

### *(a)   CBOne*

In August 2012, CB One was formed by CT Power to build, operate and own a biomass conversion plant in Herten, Germany using the CBR technology (the "Herten Project"). CB One issued 25,000 shares to CT Power, which then became owner of 100% of CB One.

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

On December 14, 2012, CB One and Mohl Investment GbR ("Mohl") entered into the Investment Contract, whereby Mohl bought a 13.36% (non-dilutable) ownership interest (3,340 shares) in CB One in return for €135,000. The 3,340 shares received by Mohl remain outstanding as of December 31, 2016.

On March 9, 2016, CT Power divided its 21,660 shares in CB One into two tranches, and sold the first tranche of 16,245 shares to CBE.

On March 21, 2016, CBE entered into a contribution agreement with CBD in which CBE assigned and transferred all of its equity ownership interest in CB One (16,245 shares) to CBD (the "CB One Contribution Agreement"), and CBD became owner of 64.98% of the equity of CB One.

### (b)  CB Eagar

Pursuant to the Assignment and Assumption Agreement dated May 7, 2012 by and between Western Energy Solutions, LLC ("WES") and CB Eagar WES assigned to CB Eagar, all of its rights, title and interests in and to the Eagar Project in exchange for a 100% membership interest in CB Eagar.

WES is also a minority owner of the Company's parent CBE and is owned and controlled by Wesley Bilson and Gregory Bilson, who during 2016 acted as the Company's President and Chief Development Officer, respectively.

Pursuant to the Assignment, Assumption and Membership Admission Agreement dated as of May 7, 2012, by and among WES, CBE and CB Eagar, WES assigned to CBE a 60% membership interest in CB Eagar.

On March 21, 2016, CBE, CBD, WES and CB Eagar entered into the Limited Liability Company Interest Assignment, Assumption and Membership Admission Agreement, pursuant to which CBE assigned its 60% equity ownership interest in CB Eagar to CBD, as part of CBE's capital contribution to CBD.

As of December 31, 2016, CBD and WES continued to hold 60% and 40%, respectively, of the equity of CB Eagar.

## 9.    Commitments and Contingencies

### Environmental

The Company is subject to various federal, state and local environmental laws and regulations that establish standards and requirements for protection of the environment. The Company cannot predict the future impact of such standards and requirements, which are subject to change and can have retroactive effectiveness. The Company continues to monitor the status of these laws and regulations. Management believes the likelihood of new environmental regulations resulting in a material adverse impact to the Company's financial position, liquidity, capital resources or future results of operations is very low.

Under the terms of the Eagar facility lease agreement, CB Eagar is responsible for any environmental clean-up and restoration upon termination of the lease and is also required to have a Phase I Environmental Assessment prepared at the conclusion of the lease. CB Eagar shall have twelve months to complete any remediation of the property and shall continue to pay rent during the remediation period.

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

### *Legal Matters*

The Company is, from time to time, involved in legal proceedings, claims and litigation arising in the ordinary course of business. These matters are not expected to have a material adverse effect upon the Company's consolidated financial statements.

### *Leases*

CB Eagar leases land for the Eagar facility from the town of Eagar, Arizona. The lease expires on the twentieth anniversary of the date on which the Eagar facility begins to produce and sell electricity. Upon expiration of the initial term of the lease agreement, CB Eagar has the option to renew the lease for four additional five year terms.

The minimum annual lease payments under this lease is summarized as follows:

*Years ending December 31,*

| | |
|---|---:|
| 2017 | $   12,670 |
| 2018 | 13,052 |
| 2019 | 13,446 |
| 2020 | 13,852 |
| 2021 | 14,270 |
| Thereafter | 254,774 |
| | $  322,064 |

Rent expense for the year ended December 31, 2016 was approximately $9,000 and reported under general and administrative expenses.

CB One leases the site for the Herten facility from Concord Blue Engineering GmbH. The lease does not expire, but has a one-month cancellation clause. The monthly rent for 2016 was €5,500. As of January 1, 2017, the rent increased to €10,000 per month. The lease will be modified to a 20-year agreement once all necessary financing is obtained to build the facility. It is expected that the starting monthly lease payment will remain the same with an annual increase of 2-3%.

## 10.   Income Taxes

| *2016* | Current | | Deferred | | Total |
|---|---:|---|---:|---|---:|
| Federal | $     800 | $ | - | $ | 800 |
| State | - | | - | | - |
| Tax from continuing operations | $     800 | $ | - | $ | 800 |
| Taxes on income | $     800 | $ | - | $ | 800 |

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

Income tax expense differs from the amount computed by applying the federal statutory rate of 30.175% for December 31, 2016 to income before income taxes as shown below:

|  | | 2016 |
|---|---|---|
| Computed expected income tax expense | $ | (237,077) |
| State income taxes - net of federal income tax benefit | | 800 |
| Domestic production deduction - Section 199 | | - |
| Permanent items | | - |
| Valuation allowance | | 237,077 |
| Deferred only adjustments | | - |
| Income tax expense from continuing | | - |
| Total income tax expense | $ | 800 |

The tax effects of temporary differences that give rise to significant portions of the deferred tax assets and deferred tax liabilities as of December 31, 2016, are presented below:

|  | | 2016 |
|---|---|---|
| Deferred tax assets: | | |
|   Unrealized foreign currency translation | $ | 212,732 |
|   Net operating losses | | 24,344 |
| Total deferred tax assets | | 237,076 |
| Valuation allowance | | (237,076) |
| Total deferred tax liabilities | | - |
| Net deferred taxes | $ | - |

In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will be realized. The ultimate realization of deferred tax assets is dependent upon generation of future taxable income during the periods in which those temporary differences become deductible. Management considers projected future taxable income and tax-planning strategies in making this assessment. Management believes that it is not more likely than not that the Company will realize the benefits related to these deductible temporary differences as of December 31, 2016 and therefore has set up a full valuation allowance.

Losses may be carried back one year and carried forward indefinitely. Losses may be offset against profits up to EUR 1 million without restriction, but only 60% of income exceeding EUR 1 million may be offset against loss carryforwards. A direct or indirect change in ownership of more than 25%/50% to one purchaser/related party results in a partial/complete forfeiture of all tax loss carryforwards. Loss carryforward forfeiture may be avoided in certain intragroup restructurings. Loss carryforwards continue to be available to the extent built-in gains in the loss company are subject to tax in Germany.

## Concord Blue Development, LLC

### Notes to Consolidated Financial Statements

The Company is not subject to income taxes in any jurisdiction. Each member is responsible for the tax liability, if any, related to its proportionate share of the Company's taxable income. Accordingly, no provision for income taxes is reflected in the accompanying financial statements. Certain foreign securities held by the Company may be subject to foreign taxation on gains, dividends and interest income received. Foreign taxes due, if any, are recorded based on the tax laws in the applicable foreign jurisdictions and are shown net of foreign income taxes withheld.

No interest and penalties around uncertain tax positions have been accrued in the financials. Interest and penalties around uncertain tax positions are recorded as a part of income tax expense.

## 11.    Related Party Transactions

CB Engineering made payments on behalf of CB One to cover project level expenses, including payment of rent on facilities located in Herten, Germany for the Company during the year. As of December 31, 2016, the Company had a payable due to CB Engineering in the amount of $73,776.

CBE provided employee and back office support and covered the cost of expenses for the Company during the year. As of December 31, 2016, the Company had a net payable due to CBE in the amount of $1,512,084.

Berger Group Holdings, Inc. is a member of the Company. As described in Note 5, during the year Berger Group Holdings, Inc. converted a note into Class A units. Louis Berger Group, Inc. is an affiliate of Berger Group Holdings, Inc. and during 2016 provided construction services to CB Eagar in the amount of $422,326 in relation to the Core Projects. As of December 31, 2016, the Company had a payable due to Louis Berger Group, Inc. in the amount of $10,153.

WES is a minority owner of the Company's parent CBE and is also a minority owner of CB Eagar. WES is owned and controlled by Wesley Bilson and Gregory Bilson, who during 2016 acted as the Company's President and Chief Development Officer, respectively.

MERS incurred due diligence costs on behalf of the Company in the amount of $144,055 during the year. As of December 31, 2016, the Company had a payable due to MERS for this amount.

As of December 31, 2016 the Company is owed an amount of $411,101 by CT Power.

## 12.    Subsequent Events

On January 12, 2017, pursuant to the CB Eagar Operating Agreement dated March 21, 2016, a capital call was made to WES. WES declined to make any additional contributions within the established 30-day time frame, per the operating agreement and so the ownership of CB Eagar changed to 88.39% CBD and 11.61% WES as a result of additional capital contributions made by the Company. Also during 2017, additional financial contributions have been made by CBD to CB Eagar. A new capital call is expected to occur before December 31, 2017.

# Concord Blue Development, LLC

## Notes to Consolidated Financial Statements

In August 2017, CBD entered into a Call Option Agreement with Mohl whereby CBD could obtain the right to purchase all of Mohl's equity interest in CB One for an aggregate purchase price of $1,336,000. The call option will expire upon the earlier to occur of (i) 12 months following the inception date of the call option, or (ii) 30 days following the date whereby CB One has raised $38,000,000, individually or in the aggregate, debt and/or equity financing though, including, but not limited to, a private placement of debt capital or equity securities, banks, financial institutions, venture capital or additional capital contributions of existing equity holders.

Subsequent events have been considered through October 31, 2017, the date these consolidated financial statements were available to be issued.

23