# **EXHIBIT 9**

# 1st Amendment to
# UNIT PURCHASE AGREEMENT
# From December 22nd 2017

THIS UNIT PURCHASE AGREEMENT (this "Agreement") was made as of December 21th, 2017 among Concord Blue Patent GmbH, a German GmbH ("Concord Blue Patent"), CT Power GmbH, a German GmbH ("Seller"), Municipal Employees' Retirement Systems of Michigan ("Buyer 1"), Ms. Gaia Arnaboldi ("Buyer 2") and Mr. Berry Polmann ("Buyer 3").

Buyer 1, 2 and 3 are jointly also referred to as the "Buyers" or individually a "Buyer".

## BACKGROUND

Seller desires to sell to Buyers, and Buyers desire to purchase from Seller, a total $12,886,000 (30 %) of the equity interests of Concord Blue Patent pursuant to the terms of this Agreement, and Concord Blue Patent desires such transaction to occur between Buyers and Seller.

NOW THEREFORE, for good and valuable consideration, the sufficiency of which is hereby acknowledged, Concord Blue Patent, Seller and Buyers agree as follows:

## AGREEMENT

The parties hereby agree to modify point:

1. Sale of Purchased Units.

    (a) General. At the Closing,

        (i) Seller shall sell, and Buyer 1 shall purchase, 25 % of the equity interests of Concord Blue Patent (the "Purchased Units 1") at a purchase price of 12,699,497.80 USD (the "Purchase Price 1");

All other contractual content of the unit purchase agreement remains unchanged.

Effective Date: December 28, 2017

| | |
|---|---|
| **CONCORD BLUE PATENT:** | **SELLER:** |
| **CONCORD BLUE PATENT GMBH** | **CT POWER GMBH** |
| By: *C. TLLi* | By: *C. TLLi* |
| Name:  C. Thannhäuser | Name:  C. Thannhäuser |
| Title:  Chairmann | Title:  Chairmann |

**BUYER 1:**

**MUNICIPAL EMPLOYEES' RETIREMENT SYSTEMS OF MICHIGAN**

By: *[signature]*

Name:  G. Arnaboldi / B. Polmann

Title:    Managing Partners Verdantf