# **EXHIBIT 10**



verdantƒ AG
Dreikoenigstrasse 33
8002 Zurich
Switzerland
17-Jan-18

Municipal Employees' Retirement System of Michigan
1134 Municipal Way
Lansing, MI 48917
USA

attn: Edward Mikolay

Drawdown Notice 005, MERS Real Assets Account
MERS - verdantƒ IMA - Concord Blue Energy

Dear Ed,

verdantƒ HEREBY CALLS on MERS of Michigan to transfer as outlined in the below wiring instructions

- USD 3,831,572.12
- due date: January 24th, 2018

Should you or anyone within MERS have any questions regarding this Drawdown Notice,
then feel free to call Berry Polmann at +41795555373 during Michigan office hours.

| Background | Allocation | Wiring |
|---|---|---|
| -regarding this Drawdown Notice we refer to the MERS - verdantƒ Investment Management Agreement outlining the MERS Real Assets Account with verdantƒ and the concurrent Powers of Attorney, signed and executed March 8th, 2016. | -Summary: The Transaction entails a reballancing of MERS' Exposure to CBD, aquiring an 25% initial share in Concord Blue Patent GmbH, CB's global patent portfolio and a 25% of all future cash flow derived from this patent portfolio. The recallable distribution (by VF) recieved by MERS in June 2016 and the balance of the Escrow will be used in order to keep the total allocation to Concord Blue unchanged. | -direct to wire routing transit number: (RTN/ABA) 121000248<br><br>-Wells Fargo Bank, N.A.<br>420 Montgomery st.<br>San Francisco, CA 94104<br><br>-Beneficiary Account No.: 0001038377<br><br>-Beneficiary Account Name: Corporate Trust Wire Clearing<br>-for further credit to:<br>Concord Blue Development Escrow<br><br>Attn: Lynn Byron Lean 612-667-2528 |

For and on behalf of verdantf:                    For and on behalf of verdantf:

Zurich - Kuala Lumpur

**Drawdown notice**



| Notice | | | USD |
|---|---|---|---|
| Drawdown notice number | 005 | total called in this drawdown | 3,831,572.12 |
| issue date | January 11, 2018 | cumulative drawdowns called prior to current notice | 42,681,007.00 |
| due date | January 15, 2018 | cumulative drawdowns called including current notice | 46,512,579.12 |
| **Account** | | **Balance** | |
| size | 150,000,000 | unfunded balance prior to current notice | 107,318,993.00 |
| | | unfunded balance including current notice | 103,487,420.88 |
| **aggregate** | | **drawdowns** | **distributions** |
| cumulative amount prior to notice | | 42,681,007.00 | 3,845,064.03 |
| cumulative amount including current notice | | 46,512,579.12 | 3,845,064.03 |
| **total net amount of drawdowns and distributions** | | | 42,667,515.09 |



Zurich - Kuala Lumpur