# **<u>EXHIBIT 11</u>**



Concord Blue Energy, Inc. - 12424 Wilshire Blvd. Suite 660 Los Angeles, CA 90025

# Concord Blue Development, LLC
Board of Directors – Meeting Agenda
Telephonic

## Tuesday, November 21st, 2017
7:00am to 10:00am Pacific;
10:00am to 1:00pm Eastern;
4:00pm (1600) to 7:00pm (1900) Zurich

**1) Corporate Matters**                                **Charlie**
   a) Approval of prior meeting minutes

**2) Q3 Business Update**                               **Mo**

**3) Financial Update**                                 **Joe**
   a) 2018 Goals
   b) 2017 Nov-Dec Spend
   c) 2018 Budget Approval
   d) Audit Recap
   e) 2016 Tax Preparation recap
   f) Q3 Financials

**4) Project Updates**                                  **Mo**
   a) Herten Project Status
   b) Eagar Project Status

**5) Business Development Update**                       **Stewart**
   a) Q3 Commercial Activities
   b) Due Diligence Insights
   c) Commercial Approach for Biomass Projects
   d) Commercial Progress: Activated Carbon
   e) Commercial Progress: Biochar
   f) New Development Priority
   g) Pipeline Distribution – Total
   h) Critical Path for Pipeline Success

**6) Other Board Matters**                              **Charlie**
   a) Capital Raise – Update
   b) Other Business

**7) Adjournment**

1

# MINUTES OF THE MEETING

## OF THE BOARD OF MANAGERS OF

## CONCORD BLUE DEVELOPMENT, LLC

### August 17, 2017

A meeting of the board of managers (the "***Board***") of Concord Blue Development, LLC, a

Delaware limited liability company (the "***Company***"), was held at the offices of the Company at

12424 Wilshire Blvd., Suite 660, Los Angeles, CA 90025, convening at 8:00 a.m. Pacific Time,

on August 17, 2017.

## ATTENDANCE AND QUORUM

Present were managers Christopher Thannhaeuser, as Special Manager (as defined in the Company's limited liability company agreement, as amended, the "***LLC Agreement***")), in person, Gaia Arnaboldi, as MERS Manager (as defined in the Company's operating agreement, as amended), in person, and Berry Polmann, as MERS Manager, by video conference. Also present in person by invitation of the Board were Frank Armijo of Lockheed Martin, as board observer, Tom Lewis, of Louis Berger, as board observer, Mo Vargas, Chief Executive Officer of the Company, Joseph Orlando, Chief Financial Officer of the Company, Stewart Stewart, Chief Commercial Officer of the Company, and Max Williamson of Williamson Law + Policy, counsel for the Company. All participants could hear and be heard by the others. Mr. Thannhaeuser, Chairman of the Board, called the meeting to order, and Mr. Orlando was appointed to act as secretary of the meeting.

## Approval of Minutes

The Board reviewed and then unanimously approved the minutes of the Board meeting held on May 5, 2017.

## Corporate Secretary

The Board discussed the proposal to appoint Mr. Orlando, the CFO of the Company, to serve as corporate secretary of the Company. Upon motion duly made and seconded, the Board unanimously approved the following resolutions:

> **WHEREAS**, the Board has determined it in the best interests of the Company to authorize the chief financial officer of the Company to undertake the functions of a corporate secretary in addition to his other duties, roles and responsibilities;

> **NOW, THEREFORE, BE IT RESOLVED**, that the Board does hereby appoint Joseph Orlando to serve as corporate secretary of the Company for all purposes pursuant to the bylaws and Delaware law;

**BE IT FURTHER RESOLVED,** that any and all actions of the Company, its managers, and its officers, done or taken in connection with the foregoing prior to the passing of these resolutions, be and are hereby ratified, confirmed, approved, and adopted in all respects as fully as if such actions had been presented for approval to, and approved by, the Managers prior to such actions being taken.

## Chief Technology Officer

The Board discussed the need and business advantage of having a chief technology officer (CTO) of the Company and the propriety of asking Mr. Thannhaeuser to carry out those duties. Upon motion duly made and seconded, the Board unanimously approved the following resolutions:

**WHEREAS**, the Board has determined it in the best interests of the Company to appoint Charlie Thannhaeuser to serve as the chief technology officer (CTO) of the Company, in addition to his other duties, roles and responsibilities;

**NOW, THEREFORE, BE IT RESOLVED**, that the Board does hereby appoint Charlie Thannhaeuser to serve as the Chief Technology Officer of the Company;

**BE IT FURTHER RESOLVED,** that any and all actions of the Company, its managers, and its officers, done or taken in connection with the foregoing prior to the passing of these resolutions, be and are hereby ratified, confirmed, approved, and adopted in all respects as fully as if such actions had been presented for approval to, and approved by, the Managers prior to such actions being taken.

## Audit Committee

The Board discussed the proposal, which had been previously raised by members of the Board, to establish an audit committee for the Company and for its subsidiary, Concord Blue Development, LLC ("***CBD***"). The Board considered the presentation by Mr. Orlando and Mr. Williamson of a proposed audit committee charter as included in the board packet. Upon motion duly made and seconded, the Board unanimously approved the following resolutions:

**WHEREAS**, the Board has determined it in the best interests of the Company to establish an audit committee for the Company and to cause a similar committee to be formed for its subsidiary, Concord Blue Development, LLC ("***CBD***");

**NOW, THEREFORE, BE IT RESOLVED**, that the Board does hereby establish an Audit Committee, the functions of which shall be governed by an audit committee charter in substantially the form presented to the Board;

**BE IT FURTHER RESOLVED,** that the Chief Executive Officer is authorized to take all other necessary actions to establish and provide for the functions of such committee and to finalize the audit committee charter in his discretion;

**BE IT FURTHER RESOLVED,** that the initial members of the Audit Committee shall be Charlie Thannhaeuser, Berry Polmann, and Gaia Arnaboldi;

3

**BE IT FURTHER RESOLVED,** that any and all actions of the Company, its managers, and its officers, done or taken in connection with the foregoing prior to the passing of these resolutions, be and are hereby ratified, confirmed, approved, and adopted in all respects as fully as if such actions had been presented for approval to, and approved by, the Managers prior to such actions being taken.

## Q2 Business Update

Mr. Vargas and the executive team provided an update on the Company's accomplishments in the second quarter of 2017, the status of the Company's financing efforts, the Company's business prospects, and priorities for Q3 pursuant to the slide deck provided in the board packet.

Mr. Vargas introduced new personnel Joseph Orlando, Chief Financial Officer, and Stewart Stewart, Chief Commercial Officer, and Amy Okamura, accounting manager, and Sarah Gill, office manager.

Mr. Vargas reported that legal counsel had been successful in having the Company dismissed from the lawsuit filed by former personnel associated with Good Earth Energy, and that the Company had exited its investor role in that company, such that no litigation matters need be reported in the financial audit.

Mr. Vargas and Mr. Thannhaeuser led a discussion of the Company's negotiation with Lockheed Martin of a change order for the Herten project, financing, sales prospects and performance insurance. Mr. Armijo reaffirmed Lockheed Martin's commitment to the Herten project and Concord Blue relationship. Mr. Lewis suggested that to the extent open issues needed to be resolved, that Louis Berger would be willing to facilitate without charge a design charrette as a forum for resolution.

Mr. Thannhaeuser described the need for a release of escrow funds to provide funding for engineering and consultant services for Concord Blue One to address permitting issues at the Herten project, including noise, odor, air pollution, structural and civil engineering, which Lockheed Martin would not provide during the negotiations of the EPC change order, so that the Herten project may stay on schedule. Mr. Polmann indicated that he would discuss issues relating to Lockheed Martin's commitments to the Herten project with Mr. Armijo in a separate conversation. Mr. Thannhaeuser described the need for a release of escrow funds to fund an engineering package, led by Concord Blue Engineering, for the Herten project which will be preferable to purchasing such services in the EPC contract. Mr. Thannhaeuser noted that the proposal to biochar extraction would not be included in the Lockheed Martin EPC wrap unless lenders insist. Questions were asked and answered and discussion ensued.

Upon motion duly made and seconded, the Board unanimously approved the following resolutions:

**WHEREAS**, the Board has determined that it is in the best interests of the Company to provide funding to its subsidiary Concord Blue One GmbH for use in the Herten project, and to request that such funding be released by the MERS Member from escrow;

4

**WHEREAS,** the Board deems it advisable and in the interest of the Company and its Members to release from the Escrow Account (as defined in the LLC Agreement) pursuant to Section 6.04(q) of the LLC Agreement an amount equal to the proposed funding needs, which amount will be treated as a Capital Contribution (as defined in the LLC Agreement) by MERS and in respect of which MERS will be issued additional Class A Units, all in accordance with Section 3.04(b) of the LLC Agreement;

**NOW, THEREFORE, BE IT RESOLVED,** that the Board does approve funding to its subsidiary Concord Blue One GmbH for use in the Herten project in the amount US$228,150 for professional services relating to permitting for the Herten project, and an amount of US$912,600 for an engineering package for the Herten project, for a total of US$1,140,750;

**BE IT FURTHER RESOLVED,** that pursuant to Section 6.04(q) of the LLC Agreement, an amount equal to US$1,140,750 will be released from the Escrow Account, which amount will be treated as a Capital Contribution by MERS and in respect of which MERS will be issued 1,094,969 Class A Units, all in accordance with Section 3.04(b) of the LLC Agreement; and

**BE IT FURTHER RESOLVED,** that in order to reflect the issuances of Class A Units described above, Exhibit A to the LLC Agreement be, and it hereby is, amended and restated in the form attached hereto as Annex 1, in accordance with Section 12.13 of the LLC Agreement.

**BE IT FURTHER RESOLVED,** that any and all actions of the Company, its managers, and its officers, done or taken in connection with the foregoing prior to the passing of these resolutions, be and are hereby ratified, confirmed, approved, and adopted in all respects as fully as if such actions had been presented for approval to, and approved by, the Managers prior to such actions being taken.

Mr. Vargas provided an update of the Eagar project, negotiations regarding an extension of the Navopache PPA, and execution of the EPC term sheet (with breakup fee) with Lockheed Martin. It was recommended that the Company negotiate an extension of the existing buy-out option agreement with Western Energy Solutions.

Mr. Polmann requested that company staff prepare a list or chart reflecting financial adjustments made as a result of the audit and actions that have materially changed contracts or equity interests (for example, the assignment of the Good Earth interest to Charlie, Eagar capital call, new voting procedures, etc.).

## Financial Update

Mr. Vargas and Mr. Orlando provided an update on the Company's finances, presented the Company's most recent financial statements to the Board and discussed progress against the Company's budget, pursuant to the slide deck provided in the board packet. Questions were asked and answered.

Mr. Orlando provided an update on the progress of the audit of the Company by BDO.  Mr. Orlando also discussed the Company's schedule for filing tax returns and retention of BDO as tax preparer.  Questions were asked and answered.

### Project Update

Mr. Vargas and Mr. Orlando discussed the status of the Herten and Eagar projects. Questions were asked and answered and discussion ensued.

### Commercial Update

Scott Noll provided an overview of the Company's efforts to pursue a "Productization" strategy for the Company's commercial and technology offerings.

### Business Development Update

Mr. Stewart and Mr. Vargas discussed various business development opportunities and pipelines.  Questions were asked and answered and discussion ensued.

### Other

Mr. Thannhaeuser led a general discussion of the Company's capital raise strategy and prospects and there was discussion of the Blue Yield yieldco strategy.

### ADJOURNMENT

There being no further business to come before the Board, the meeting was duly adjourned at approximately 1:30 p.m. Pacific Time.

_____
Joseph Orlando, Secretary of the Meeting

# Annex 1

## Exhibit A to LLC Agreement

[Attached]

**EXHIBIT A**

**MEMBERS**

Common
Units

| Member | Address | Initial Capital Contributions | Additional Contributions | Class A Units | Class B Units | Percentage Interest | Voting Percentage Interest |
|---|---|---|---|---|---|---|---|
| Concord Blue Energy, Inc. | 12424 Wilshire Blvd. Suite 660 Los Angeles, CA 90025 Phone: +1 310 979 2900 | $67,024,998.65 | $0 | 0 | 72,459,458 | 80.20% | 72.46% |
| Municipal Employees' Retirement System of Michigan | Verdant/ AG (on behalf of the Municipal Employees' Retirement System of Michigan) Attention: Ms. Gaia Arnaboldi / Mr. Berry Polmann, Gladbachstrasse 105, 8044 Zurich, Switzerland (Phone: +41795553375 / +41795555373; E-Mail: gaia@verdantf.com / berry@verdantf.com | $0.00[1] | $16,065,732.00 | 17,368,358 | 0 | 19.22% | 27.02% |
| Berger Group Holdings, Inc. | 412 Mount Kemble Avenue Morristown, NJ 07962 | $483,536.99 | | 522,743 | 0 | 0.58% | 0.52% |
| **TOTAL** | | $67,508,535.64 | $16,065,732.00 | 17,891,101 | 72,459,458 | 100.00% | 100.00% |

[1] Amounts in Escrow Account to be treated as set forth in Section 3.04(b).

8



# Concord Blue Development Board Meeting

*Q3 2017*

**November 21st, 2017**

9

Proprietary and Confidential Information





# *Q3 Business Update*

**Mauricio Vargas**
**November 21st , 2017**

Proprietary and Confidential Information

# Concord Blue Development. Q3 2017 Highlights



- Very strong progress in increasing number of parties interested in offering funding for CB Herten and CB Eagar

- To date 3 term sheets have been received for project funding for CB Herten and CB Eagar and due diligence is in full swing

- Finalizing CB Herten change order with LM is CBD's biggest challenge. CBD and LM had reached an agreement in September and upon LM seeking executive approval, a series of new asks came about which are not possible for CBD to satisfy. Negotiations seem to be at a stalemate with Lockheed Martin over change order. Next steps may be mediation or perhaps even arbitration.

- On the O&M project performance insurance for the projects, New Energy Risk/XL Insurance and Argo/Lloyds have confirmed that DD is good and that they will be providing the insurance for the projects. We are finalizing wording with the policy and leveraging the knowledge of our internal CB team and insurance broker Lockton. The product will guarantee 100% of debt or 70% of equity from any loss due to non performance of CB technology. This is a major competitive advantage for these projects and CBD. In addition, Argo is considering an investment in to Concord Blue.

- CB Eagar PPA was successfully negotiated with a significant extension, approved by the utility board and executed.

- CB Eagar biomass supply contracts were negotiated and executed.

- Significant progress by LM on the CB Eagar engagement to provide a "not to exceed" number for EPC.

11

Proprietary and Confidential Information

# Concord Blue Development. Q3 2017 Highlights



- CB Engineering began producing biochar and activated carbon samples for CBD to use and promote for CB Herten and CB Eagar sales and contracts. Having these samples are a critical component for the success of the CB Herten and CB Eagar projects offtake agreements.

- CBD was approached by UK Developer Zeus with a credible major project that has a quick execution timeline.

- Evaluating German M&A opportunities to leverage underperforming biomass gasifiers into immediate power & biochar sites for CBD.

- Pursuing country-wide exclusive opportunity for development of RDF-to-power opportunities in Taiwan thru local team.

- CBD and CBE audits were finalized for 2016. This first time audit took significantly more time (7 months past deadline) and money ($300k of just external costs) than expected.

- CBD and CB Eagar 2016 tax return preparations were completed and submitted.

12

# Concord Blue Development. Q3 2017 Highlights



**Herten and Eagar funding**

## Process

- Major strategic shift in focusing on funding projects versus CBD has driven significantly increased interest and interestingly more interest in CBD with bottoms up approach
- Just this quarter, we had over 100 calls with potential investors and debt providers
- A mini road show was done between executive team, investment bankers and finders in London, NYC, Washington DC and LA with over 20 investors and debt providers, prequalified and focused on this space, to discuss support for CB Herten and CB Eagar this quarter
- Signed over 20 NDAs this quarter
- We have 20 Investors and Lenders in the new improved Ansarada data room

## Results

- Have received 2 term sheets for debt and 1 investor has offered to fund CB Herten 100% with equity
- Formal DD was kicked off with InfraCapital, the infrastructure investment arm of Prudential PLC. They have hired German engineer Fichtner to perform a "red flag" technical review on the EPC contract and the CB technology in general.
- CBD  worked closely with debt boutique advisor IDCM and hired an attorney in the UK to review the CB Herten EPC contract to assess if it was strong enough for IDCM and major insurance company Aviva to provide debt. This feedback was provided to LM and is one of the change order negotiation points under discussion.
- Cargill has continued with DD and we continue awaiting a revised term sheet for debt
- Received term sheet for debt from Orion Capital for both CB Eagar and CB Herten.

# Concord Blue Development. Q3 2017 Highlights



**Governance and Compliance**
- Audit committee was approved
- 2016 audit report was completed
- Bids were requested for 2017 audit
- 2016 taxes were completed for CBD and CB Eagar
- Negotiations are ongoing for 24 month extension of WES ownership in CB Eagar buy-out
- Mohl Herten CB Herten ownership buyout option was successfully negotiated
- LM financial carry in CB Herten had been negotiated with LM to be eliminated as part of change order and teaming agreement, now pending until change order is resolved

**Organizational Changes**
- None

14

# Concord Blue Development. Q4 2017 Priorities



## Q4 Priorities

- CB Herten funding. Finalize successful DD with InfraCapital and sign binding term sheet
- CB Herten EPC – agree to process path forward with LM in how to get LM fully engaged again in delivering project
- Continue seeking off takers for biochar and activated carbon
- Finalize biochar contract with Green Earthology for CB Herten and CB Eagar.
- Finalize CB Services O&M contract between CB Services and CB Herten
- Finalize policy for Performance Insurance for CB Herten
- Complete due dilligence with Louis Berger O&M for CB Herten and agree to term sheet
- Help LM improve plant performance and biochar quality in Owego
- Review LM EPC contract offer for CB Eagar
- Continue to seek equity investor for CB Eagar
- Temporarily cease all CB Eagar activities as Verdantf/MERS have not been supporting since end of 2016 and CBE is no longer in a position to continue supporting.
- Hire 2017 audit firm
- Resolve CBD funding concerns for 2017/2018
- Budget approval for 2018

15





# *Financial Update*

## *Q3 2017*

**Joseph Orlando**
**November 18th, 2017**

16

Proprietary and Confidential Information

# Concord Blue Development. 2018 Goals



**Herten**

- Reach financial close in Q1
- Resolve change order with LM
- Finalize detailed engineering and have all major equipment on order for 2019 ground break and mechanical completion
- Complete permit modifications
- Complete buyout of all minority shareholders
- Finalize O&M contract with CB Services
- Finalize LB subcontractor contract for O&M support
- Execute Performance Insurance policy
- Have at least 50% of biochar/activated carbon product under strong off take contracts
- Manage project (on time/on budget)

**Pipeline**

- Close CBD project in the UK
- Advance 2019 CBD pipeline (goal of three project closes)

17

Proprietary and Confidential Information

# Concord Blue Development. 2018 Goals



**Governance and Compliance**

- Complete 2017 audit on time (if funded)
- Continue to strengthen corporate governance (contracts, project accounting, project ownership, etc.) and I/C transactions

**Next Generation**

- Hydrogen market (quantify market, business model, identify offtakers, pricing and potential contract structure)

18

# Concord Blue Development. November and December Spend



| | 2017 | | | | | |
|---|---|---|---|---|---|---|
| | **Nov-Dec** | CBD | Herten | Eagar | Pipeline | |
| Payroll | (404,500.00) | (91,012.50) | (101,125.00) | (60,675.00) | (60,675.00) | Payroll plus taxes, medical ins, 401k (Nov - Dec) |
| Travel | (100,810.53) | (10,081.05) | (25,202.63) | (10,081.05) | (27,722.90) | Amex - capital raise (London/NYC), Verdantf (LA trip) and other business travel |
| Consultants | (78,000.00) | (11,700.00) | (31,200.00) | (15,600.00) | (7,800.00) | $38k currently due (audit related), $40k CBE/CBD valuation (all Stout) |
| Legal | (71,845.96) | (28,738.38) | (7,184.60) | (7,184.60) | (7,184.60) | LM chg order, CB Services, Herten agreements (Muliple months/multiple firms) |
| Temp emp. | (53,172.00) | (31,903.20) | (5,317.20) | (5,317.20) | - | Technical papers (audit), prj accountant |
| Other | (51,854.49) | (25,927.25) | (7,778.17) | (7,778.17) | - | Contingency |
| Tax | (22,200.00) | (8,880.00) | (3,885.00) | (3,885.00) | - | BDO Tax (2016 returns) |
| Audit | (20,000.00) | (7,000.00) | (3,000.00) | (3,000.00) | (1,000.00) | BDO Audit (2017) |
| Rent | (17,617.02) | (6,165.96) | (2,642.55) | (2,642.55) | (880.85) | LA office inc. parking and phone (Nov - Dec) |
| Insurance | (5,000.00) | (2,500.00) | (625.00) | (625.00) | - | Policy payments to Lockton |
| | (825,000.00) | (223,908.34) | (187,960.16) | (116,788.58) | (105,263.34) | |
| | | | CBD/Herten/Eagar/Pipeline | | (633,920.41) | |

19

Proprietary and Confidential Information

# Concord Blue Development. 2018 Budget (By month)



| | 2018 Monthly | CBD | Herten | Eagar | Pipeline | |
|---|---|---|---|---|---|---|
| Payroll | $ (280,000) | $ (63,000) | $ (70,000) | $ (42,000) | $ (42,000) | Includes payroll, taxes, medical insurance, 401k and bonuses (2016 and 2017), salary increases, three new employees |
| Travel | (35,000) | (3,500) | (8,750) | (3,500) | (9,625) | Domestic/International travel (capital raise, business development, Verdantf) |
| Legal | (35,000) | (5,250) | (14,000) | (7,000) | (3,500) | CBR sales contracts, BD agreements, other contracts as needed |
| Other | (25,000) | (10,000) | (2,500) | (2,500) | (2,500) | Contingency (legal responses, LLC formations, commercialization R&D, severence, recruiting fees and other one off items that will come up during the year) |
| Insurance | (20,000) | (12,000) | (2,000) | (2,000) | - | Various policies thru Lockton inc. D&O, EPLI, etc. |
| Temp emp. | (15,000) | (7,500) | (2,250) | (2,250) | - | Technical papers (audit), prj accountant |
| Audit | (15,000) | (6,000) | (2,625) | (2,625) | - | 2017 audit firm |
| Consultants | (10,000) | (3,500) | (1,500) | (1,500) | (500) | 2017 audit, valuations, etc. |
| Rent | (10,000) | (3,500) | (1,500) | (1,500) | (500) | LA office |
| Tax | (5,000) | (2,500) | (625) | (625) | - | BDO tax (2017 and amend 2015 and 2016) |
| | $ (450,000) | $ (116,750) | $ (105,750) | $ (65,500) | $ (58,625) | average monthly budget * |
| | | | | | | |
| | | | CBD/Herten/Eagar/Pipeline | | (346,625) | Full year $4,159,500 |

Proprietary and Confidential Information

# Concord Blue Development. Audit Recap



**2016 Audit Recap**

- 2016 audit was finalized and distributed on October 31st.
- The audit findings were as expected with a Going Concern opinion due to funding concerns and the intangible assets were reduced to be in compliance with GAAP
- As a result of the audit and the requested information (memos, other documentation, etc.) we are in good position to complete the 2017 audit in a reasonable timeframe if funded by first week of December

**2017 Audit Preparation**

- We have had discussions with BDO and KPMG about performing our audit this year.
  - They both have the information necessary to prepare a competitive bid and engagement letter.
  - We have been told by both firms that the cost of the audit will decrease significantly if the due date can shift from March 31st to June 30th.  We requested dual quotes from each in order to compare.
- If we stay with BDO the audit team will remain the same with a new manager joining that helped during the last month of the 2016 audit and Alex Iacobelli, as the partner (he was promoted during our audit)



21

# Concord Blue Development. 2016 Tax Preparation Recap



- BDO tax completed and filed all tax returns on time based on the extended filing dates
- Tax preparation came in as originally quoted at $21k plus $9k for the tax provision
- All K-1's were distributed
- The BDO tax team worked well, although we may consider making a change in our tax preparation if we move away from BDO audit



22

# Concord Blue Development. Q3 Financials (Balance Sheet)



| | | | | | | Actual | Budget |
|---|---|---|---|---|---|---:|---:|
| **Concord Blue Development, LLC** | | | | | | | |
| **Balance Sheet** | | | | | | | |
| **September 30, 2017** | | | | | | | |
| | | | | | | Actual | Budget |
| **ASSETS** | | | | | | | |
| **Current assets:** | | | | | | | |
| | Unrestricted cash | | | | | $ 107,850 | $ (2,417,999) |
| | Restricted cash [1] | | | | | 8,965,845 | 13,019,840 |
| | Miscellaneous receivables | | | | | 16,440 | 1,085 |
| | Prepaid expenses | | | | | 2,921 | - |
| | Retainer | | | | | 500 | |
| | Due from Concord Blue Eagar, LLC | | | | | 417,577 | 124,700 |
| | Due from Concord Blue One GmbH | | | | | 1,360,827 | 4,850 |
| | Due from Concord Blue Engineering GmbH | | | | | 995,800 | - |
| | **Total current assets** | | | | | 11,867,760 | 10,732,476 |
| Property, plant & equipment, net | | | | | | 1,576 | - |
| Intangible assets | | | | | | - | - |
| Investment — Eagar Project | | | | | | 1,209,243 | 2,440,000 |
| Investment — Herten Project | | | | | | 8,641,588 | 8,057,000 |
| | | **Total assets** | | | | $ 21,720,166 | $21,229,476 |
| **LIABILITIES AND MEMBERS' EQUITY** | | | | | | | |
| **Current liabilities:** | | | | | | | |
| | Accounts payable and accrued expenses | | | | | $ 664,334 | $ 161,717 |
| | Due to Concord Blue Energy, Inc. | | | | | (139,606) | 245,745 |
| | **Total current liabilities** | | | | | 524,728 | 407,462 |
| MERS pooled financial instruments liability | | | | | | 9,349,269 | 13,000,000 |
| | | **Total liabilities** | | | | 9,873,996 | 13,407,462 |
| **Members' equity:** | | | | | | | |
| | Invested capital | | | | | 11,889,837 | 11,673,492 |
| | Accumulated deficit | | | | | (43,667) | (3,851,478) |
| | **Total members' equity** | | | | | 11,846,170 | 7,822,014 |
| | | **Total liabilities and members' equity** | | | | $ 21,720,166 | $21,229,476 |
| **Note** | | | | | | | |
| [1] Escrow account is restricted cash with availability based on investor approval. | | | | | | | |

Proprietary and Confidential Information

23

# Concord Blue Development. Q3 Financials (Balance Sheet)



| Concord Blue Development, LLC |
|---|
| **Additional Notes** |
| **Quarter Ended September 30, 2017** |
| |
| **Balance Sheet** |
| |
| YTD Investor capital contributions of $4,065,732 released from Wells Fargo escrow account. |
| Miscellaneous receivables includes distribution overpayment of $14,013 to Louis Berger on July 22, 2016. This offsets with an AP due to LB and is being resolved. |
| Prepaid expenses consists of $1,613 office rent and $1,308 liability insurance. |
| Retainer consists of $500 from Ansarada USA, Inc. for dataroom services. |
| Due from Concord Blue Eagar, LLC includes pre-construction, consulting, land lease, legal, public relations, and CBE direct cost reimbursements totaling $292,877. |
| Due from Concord Blue One GmbH includes pre-construction, consulting, engineering, legal, and CBE direct cost reimbursements totaling $1,355,977. |
| $995,800 paydown of Concord Blue Engineering GbmH loan to Concord Blue One will be eliminated upon consolidation. |
| Property, plant & equipment consists of $1,576 in computer equipment, net for senior project manager. |
| Investment budget for Eagar project includes $440,000 non-cash contribution reversed per BDO audit. |
| Company invested $584,588 in Concord Blue One during the current quarter. |
| Accounts payable and accrued expenses includes CB Engineering balance due of EUR 265,000 for biochar production unit and bonuses of $287,505. |
| Due to Concord Blue Energy includes $400,000 funds transfer. |
| MERS pooled financial instruments liability budget does not account for YTD capital contributions. |

# Concord Blue Development. Q3 Financials (Income Statement)



**Concord Blue Development, LLC**

**Statement of Operations and Members' Equity**

**Quarter Ended September 30, 2017**

| | 3rd Quarter | | | Year-to-Date | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | % Δ | Actual | Budget | % Δ |
| **Revenue** | $  - | $  - | | $  - | $  - | |
| | | | | | | |
| **Operating expenses** | | | | | | |
| Salaries and wages | 285,541 | 629,035 | -54.6% | 761,512 | 1,764,911 | -56.9% |
| Bonuses | 113,795 | 65,625 | 73.4% | 287,505 | 196,875 | 46.0% |
| Employee benefits | 38,318 | 31,850 | 20.3% | 109,860 | 92,645 | 18.6% |
| Financing | | | | 64,000 | 64,000 | 0.0% |
| Computer and Internet | 884 | | | 2,651 | - | |
| Consulting and professional fees | 79,167 | 32,825 | 141.2% | 264,820 | 97,975 | 170.3% |
| Insurance | 7,704 | 11,980 | -35.7% | 28,028 | 35,939 | -22.0% |
| Meals and Entertainment | 405 | 3,355 | -87.9% | 1,879 | 9,540 | -80.3% |
| Parking | 570 | | | 1,738 | - | |
| Rent | 4,794 | 4,773 | 0.4% | 14,037 | 14,019 | 0.1% |
| Travel | 9,943 | 27,550 | -63.9% | 17,074 | 77,395 | -77.9% |
| Other | 23,841 | 5,055 | 371.6% | 70,014 | 15,165 | 361.7% |
| **Total operating expenses** | 564,962 | 812,048 | -30.4% | 1,623,116 | 2,368,463 | -31.5% |
| | | | | | | |
| **Loss from operations** | (564,962) | (812,048) | -30.4% | (1,623,116) | (2,368,463) | -31.5% |
| | | | | | | |
| **Other expenses** | | | | | | |
| Board expenses | 6,143 | 6,000 | 2.4% | 6,693 | 12,000 | -44.2% |
| Interest expense (income), net | (9,831) | (3,255) | 202.0% | (22,258) | (9,761) | 128.0% |
| | | | | | | |
| **Loss before income taxes** | (561,274) | (814,793) | -31.1% | (1,607,551) | (2,370,702) | -32.2% |
| | | | | | | |
| **Income taxes** | | | | 800 | 800 | 0.0% |
| | | | | | | |
| **Net loss** | $ (561,274) | $ (814,793) | -31.1% | $ (1,608,351) | $ (2,371,502) | -32.2% |

Proprietary and Confidential Information

25

# Concord Blue Development. Q3 Financials (Income Statement)



| Concord Blue Development, LLC |
|---|
| **Additional Notes** |
| **Quarter Ended September 30, 2017** |
| |
| **Income Statement** |
| Salaries and wages under budget due to use of old cost allocation method. |
| Bonuses over budget due to conversion of CCO, CFO, and accounting manager from consultants to employees; YTD balance includes 2016 accrual of $87,300 per BDO audit adjustment. |
| Employee benefits over budget due to conversion of CCO, CFO, and accounting manager from consultants to employees. |
| Consulting and professional fees over budget due to technical memos and valuations required by BDO for 2016 audit. |
| Insurance under budget due to change in broker from Alliant to Lockton. |
| Travel, along with meals and entertainment, under budget due to decrease in face-to-face project development meetings. |

Proprietary and Confidential Information

# Concord Blue Development. Q3 Financials (Cash Flow Statement)



**Concord Blue Development, LLC**

**Cash Flow**

**Quarter Ended September 30, 2017**

| | | 3rd Quarter | | Year-to-Date | |
| --- | --- | ---: | ---: | ---: | ---: |
| | | Actual | Budget | Actual | Budget |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | | |
| Net loss | | $ (561,274) | $ (814,793) | $ (1,608,351) | $ (2,371,502) |
| Depreciation | | 120 | | 361 | - |
| Adjustments to reconcile net loss to net cash used in | | | | | |
| operating activities: | | | | | |
| Miscellaneous accounts receivable | | (20) | - | (1,846) | (1) |
| Prepaid expenses | | (23) | - | (2,921) | - |
| Retainer | | (500) | | (500) | - |
| Due from Concord Blue Eagar, LLC | | (32,902) | - | (275,357) | - |
| Due from Concord Blue One GmbH | | (314,642) | - | (1,295,432) | - |
| Accounts payable and accrued expenses | | 114,346 | 6,182 | 453,691 | 11,879 |
| Due to Concord Blue Energy, Inc. | | (626,898) | 30,496 | (638,721) | 168,451 |
| MERS pooled financial instruments liability | | (1,284,806) | | (4,065,732) | - |
| **Net cash used in operating activities** | | (2,706,598) | (778,115) | (7,434,809) | (2,191,173) |
| | | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | | |
| Capital expenditures | | - | - | - | - |
| Investment in Concord Blue One GmbH | | (584,588) | - | (584,588) | - |
| Investment in Concord Blue Eagar, LLC | | - | - | (9,243) | - |
| **Net cash used in investing activities** | | (584,588) | - | (593,831) | - |
| | | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | | |
| Investment by MERS (restricted cash) | | 1,284,806 | - | 4,065,732 | - |
| Transfer of Louis Berger convertible note from Concord Blue Energy, Inc. | | - | - | - | - |
| Conversion of interest to equity on conversion of note payable | | - | - | - | - |
| Loan costs for permanent financing for Concord Blue Eagar, LLC | | - | - | - | - |
| Cash dividends paid to class A members | | - | - | - | - |
| **Net cash provided by financing activities** | | 1,284,806 | - | 4,065,732 | - |
| | | | | | |
| **NET CHANGE IN CASH** | | (2,006,380) | (778,115) | (3,962,908) | (2,191,173) |
| | | | | | |
| Cash, unrestricted and restricted, beginning of the period | | 11,080,075 | 11,379,956 | 13,036,602 | 12,793,014 |
| Cash, unrestricted and restricted, end of the period | | $ 9,073,695 | $10,601,841 | $ 9,073,695 | $ 10,601,841 |

Proprietary and Confidential Information

27

# Concord Blue Development. Q3 Financials (Cash Flows)



| Concord Blue Development, LLC |
| :---: |
| **Additional Notes** |
| **Quarter Ended September 30, 2017** |

**Cash Flow**

Miscellaneous accounts receivable of $20 represents interest income from MERS escrow account.

Prepaid expenses of $23 represents increase in office rent.

Retainer of $500 to Ansarada USA, Inc. for dataroom services.

Due from Concord Blue Eagar, LLC includes land lease, legal, and consulting fees totaling $32,902.

Due from Concord Blue One GmbH includes legal and consulting fees totaling $314,642.

Accounts payable and accrued expenses includes CB Engineering balance due of EUR 265,000 for biochar unit, net of $144,056 in verdant$f$ closing costs and $13,000 in consulting fees.

Due to Concord Blue Energy includes $800,000 funds transfer, net of $137,687 in allocated payroll and $3,300 in donations to CSU for biochar mining testing.

Company invested $584,588 in Concord Blue One during the quarter.

MERS contributed $1,284,806 in capital to cover Herten project permitting and engineering services for biochar production unit, as well as reimbursement of verdant$f$ closing costs.

28





# *Project Updates*

## *Q3 2017*

**Mauricio Vargas**
**November 21st, 2017**

29

Proprietary and Confidential Information

# Concord Blue Herten. Project Status



## Feedstock
- Poyry feedstock study complete. 10X feedstock available for project.
- Contract signed with Bruening to supply all feedstock for Herten project.

## Offtake
- 20 year Feed in Tariff (17 years remaining at COD) at 18.75 Eurocents with Herten Stadtwerke Utility.
- Green Earthology signed LOI as offtaker of biochar; long form offtake agreement in negotiations.
- Potential hydrogen offtake contract upside.

## Permits
- Key permits issued in 2009.  Necessary amendments currently underway.  Wil be completed in 2018.

## EPC Contract
- Change order negotiation is at stalemate.
- New proposed completion schedule is April 2020.

## O&M Contract
- Term sheet was received from Louis Berger for Herten O&M.
- Term sheet was received from New Energy Risk for performance insurance product using XL Energy and Argo (Lloyds of London).
- DD process under way with both groups so that contracts can be drafted and executed.
- O&M contract between SPV and CB Services being drafted.

## Governance
- CBD negotiated buy out option with Oneil-Bilson.
- CBD negotiated buy out option with Moehl.
- Need to transfer with notary, balance of CT powers shares to CB One (Herten SPV).
- Need to minimize minority shareholders to meet minimum required return by investors.

Proprietary and Confidential Information

# Concord Blue Eagar. Project Status



## Feedstock
- Agreements finalized.

## Offtake
- 20 year Power Purchase Agreement at 9 cents with Navopache Electric Cooperative.
- 5 year Biochar Purchase Agreement at $1,200 per ton with Green Earthology with reach thru rights to credit worthy local governments.

## Permits
- All permits are complete.

## EPC Contract
- Signed term sheet with LM for a not-to-exceed (NTE) EPC for $35M. Proposal confirmation expected in December.

## O&M Contract
- Term sheet was received from Louis Berger for Eagar O&M.
- Term sheet signed with New Energy Risk for performance insurance product using XL Energy and Argo (Lloyds of London).
- DD process under way with both groups so that contracts can be drafted and executed.

## Governance
- CBD currently owns 85% interest in Eagar and has a negotiated buy out option which expired in September 2017. In discussions for 24 month extension.

## Funding
- In process.

Proprietary and Confidential Information



# *Business Development Update*

## *Q3 2017*

**Stewart Stewart**
**November 18th, 2017**

Proprietary and Confidential Information

# Concord Blue Development. Q3 Commercial Activities



**Q3 Highlights**

- Due diligence insights
- Commercial Progress Biochar / Activated Carbon
- Commercial Progress UK

**Look Ahead**

- Pipeline update
- Critical Path for Pipeline Success

33

# Concord Blue Development. Due Diligence Insights



Active conversations with investors, especially detailed with:

- BlackRock

- Infracapital / Fichtner

- InstarAGF

- OPEN

Commercial Feedback from Investors

- Preference for plant investment: UK → EU → USA → OECD

- RDF projects easier to finance than biomass

- Desire output (quantity > quality) guarantee from EPC contract

- Seeking greater bankability for biochar than offered by Green Earthology
  - All volume at any price to creditworthy counterparty (BlackRock)
  - % of revenue coverage (InstarAGF)

34

# Concord Blue Development. Commercial Approach for Biomass Projects



- Developed a common approach across CB Herten & CB Eagar for product development and market entry for biomass projects with valuable co-products to syngas

- Best applications identified are: Activated Carbon, Sorbent, and Cultivation

7 Steps for success:

1- Assess market to evaluate market size, end users, pricing, off-take credit, commercial terms, applications, customers, and product requirements/specifications (white paper)
2- Generate laboratory scale samples and complete 3rd-party testing
3- Begin commercial discussions in parallel with
        (a) High volume marketing partners
        (b) End market users
        (c) Project financial investors and lenders
        ... to identify product off-taker targets that will satisfy project financiers

4- Provide samples to target customers or influencers for evaluation, product development, and field trials/market test
5- Agree upon material terms of commercial arrangement and execute LOI
6- Negotiate final off-take agreement and sign contract
7- Cultivate alternate paths to market for redundancy

35

Proprietary and Confidential Information



# Concord Blue Development. Progress: Activated Carbon



- Completed market assessment to support investor due diligence
- CB Engineering completed upgrades to R&D reformer for steam activation
- Sample generation underway
  - First attempt already yielded BET surface area of 515 m$^2$/g
  - Carbotech activation facility achieved 725 m$^2$/g from CB biochar
  - Target: 500 m$^2$/g (minimum) to 1,000+ m$^2$/g
- Held initial meetings with current sellers of wood-derived activated carbon to assess interest in wholesale purchase or brokering
  -  Cabot (worldwide)
    - will review testing and receive samples to determine highest value applications
    - incremental capacity at minimal risk potentially valuable to Cabot
    - open to plant investment or contract at wholesale (pricing TBD) subject to findings
  -  General Carbon Corp. (USA focused)
    - will broker CB activated carbon, pricing TBD subject to testing
    - follow up with test data
- Alternate channel: contacting wastewater treatment plants with high volume consumption of granulated activated carbon for direct sale at retail pricing

36

Proprietary and Confidential Information

# Concord Blue Development. Progress: Biochar



- Market Assessment, updated and furnished to investors
- Biochar specification marketing sheets
  - Finalized for Eagar showing IBI compliance
  - Drafted for Herten conforming to IBI and EBC premium



- Final draft of Contract to Green Earthology in negotiation
  - Consolidated volume to 7,250 metric tons/year, FOB Port of Long Beach
- Seeking to replace with creditworthy buyers
  - Green Earthology coordinating partnership with Van der Knaap to supply CB biochar to Dutch greenhouses, USA demonstration will guide product development trial for VDK R&D greenhouses in Netherlands



  - Field trials in design phase:
    - Green Paradise Farms (horticultural/greenhouses)
    - Rossmoor Walnut Creek (turf and golf courses).




37

Proprietary and Confidential Information

# Concord Blue Development. Progress: Biochar, continued



Alternate channels with large, creditworthy partners

- Powerday for Sustainable Drainage Systems (SuDS) in the Old Oak Park Royal redevelopment
  - Apply Stockholm method to capture & treat stormwater
  - SuDS required in Mayor's London Plan
  - Sell CB biochar to Powerday, who combines with C&D crushed stone to serve local redevelopment needs
  - Reduces road transport, creates new market for Powerday



- Tri-State Mining District Superfund Site
  - Biochar proved among "the best" ever tested by Colorado State University for adsorbing metals
  - CB biochar is especially well suited to cadmium adsorption
  - Cadmium is particularly hard to capture
  - Follow up study to test CB Biochar on soil from Tri-State
  - Tri State mine Superfund site is 2,500 sq miles, 1.6 M acres across 3 states
  - 25 tons biochar per acre applied for soil remediation
    - Herten volume = 300 acres per year
    - Eagar volume = 175 acres per year



Proprietary and Confidential Information

38

# Concord Blue Development. New Development Priority



Zeus Renewables' *Hirwaun Enviroparks*, South Wales, UK

- CfD in 1st round auction
  - 11 MW electrical max
  - £130+/mWh
  - Inflation indexed

- High tipping fee
  - £90/ton
  - limited disposal alternatives

- New technology & EPC needed after initial suppliers reneged

- Ticking clock
  - must generate power by 31 March 2020
  - max 12 month extension

- Preliminary design:
  - 2 x Cardiff or 3 x Herten
  - 1 x Titan 130 in simple cycle
  - Stack height & environmental concerns







Proprietary and Confidential Information

# Concord Blue Development. Pipeline Distribution - Total





**BY FUEL**

**BY REGION**

**BY SCOPE**

**BY BACKEND**

**BY SCALE**

Proprietary and Confidential Information

40

15

# Concord Blue Development. Critical Path for Pipeline Success



## Critical Path

- CB Herten change order concluded and positive momentum on relationship with LM

- Support Owego with resources and expertise to get it functioning as a proper demonstration plant, on biomass and then RDF

- Lower hurdles for third-party developers
  - Develop complete engineering package for critical, productized CBR® designs:
    - #1 – Cardiff Mod 4
    - #2 – "Suburban" Mod 3½
  - Engage in collaborative value engineering effort with LM to lower cost & improve reliability of CBR® products
  - Global FOB price for CBE sale of packaged CBR ®

- Resolve why thermal rating of a CBR® varies widely by feedstock to improve "rule of thumb" estimations employed in business development

41

Proprietary and Confidential Information

**Name**

EmbeddedFile.xlsx
EmbeddedFile2.xlsx
EmbeddedFile3.xlsx
EmbeddedFile4.xlsx
EmbeddedFile5.xlsx
EmbeddedFile6.xlsx
EmbeddedFile7.xlsx
EmbeddedFile8.xlsx

**Comment**                                                    **Size**  **Modified**
C:UsersMOVARG~1AppDataLocalTempEmb08F.xlsx      16,752  11/18/2017 2:30 PM
C:UsersMOVARG~1AppDataLocalTempEmbB9D.xlsx      16,752  11/18/2017 2:30 PM
C:UsersMOVARG~1AppDataLocalTempEmbDDF.xlsx      47,924  11/18/2017 2:30 PM
C:UsersMOVARG~1AppDataLocalTempEmb1031.xlsx     47,926  11/18/2017 2:30 PM
C:UsersMOVARG~1AppDataLocalTempEmb1225.xlsx     47,917  11/18/2017 2:30 PM
C:UsersMOVARG~1AppDataLocalTempEmb14A6.xlsx     47,971  11/18/2017 2:30 PM
C:UsersMOVARG~1AppDataLocalTempEmb166B.xlsx     47,933  11/18/2017 2:30 PM
C:UsersMOVARG~1AppDataLocalTempEmb18CC.xlsx     48,000  11/18/2017 2:30 PM