# **EXHIBIT 13**

MANAGEMENT DISCUSSION AND ANALYSIS & REPORT OF INDEPENDENT AUDITORS AND CONSOLIDATED
FINANCIAL STATEMENTS

**CONCORD BLUE ENERGY, INC.**

December 31, 2021 and 2020

## Concord Blue Energy, Inc
## Management Discussion and Analysis Report

Concord Blue Energy Inc's ("CBE") Management Discussion and Analysis (MD&A) provides additional overview of CBE's activities not disclosed in the Audited Consolidated CBE statements for the fiscal year ended December 31, 2021. Specifically, this section highlights the financial operations of Concord Blue Engineering GmbH ("CB Engineering") by presenting an entity stand-alone cash flow statement and statement of operations, as well as the consolidation of the CB Engineering entity stand-alone cash flow statement and statement of operations into CBE consolidated statements.

For background, CB Engineering GmbH provides the core engineering capabilities of the Concord Blue Reforming ("CBR") process technology required to design, build, and operate CBR facilities. CB Engineering developed proprietary tools and methods, simulation models and design processes compulsory to completing the engineering packages underpinning each facility. CB Engineering also develops all the CBR intellectual property including the patents owned by CB Patents GmbH and used by manufacturing of CBRs.

CB Engineering information is provided as supplementary due to Second Amendment of the Amended and Restated Limited Liability Company Agreement of Concord Blue Development LLC entered on November 24th, 2020. Specifically, Article 5 of the agreement states CB Engineering is to be integrated into CBE. Additionally, for the year ended December 31, 2021, CBE advanced cash to fund CB Engineering's operations. Thus, management believes the MD&A section would be relevant to readers of these statements in understanding the full financial performance of CBE by integrating CB Engineering's financial results into CBE consolidated financial statements.

The MD&A section is supplementary information for the readers to understand the financial performance of CB Engineering as well as to understand what the financial performance would be if CB Engineering and CBE were to become integrated. It should be noted that the MD&A section of the audit report is entirely **UNAUDITED**. Therefore, the financial information, such as (but not limited to) balances and the format of the presentation provided in the MD&A section are **UNAUDITED**. For clarity, the MD&A section, which includes CB Engineering's entity stand-alone cash flow statement and statement of operations, and Integrated presentation of the cashflow statement and statement for operations with CB Engineering GmbH is entirely **UNAUDITED**.

**Consolidated Statement of Operations for Concord Blue Energy, Inc, Concord Blue Engineering GmbH, and Consolidated Presentation of Concord Blue Energy Inc with Concord Blue Engineering GmbH for Year Ended December 31, 2021**

| | Consolidated Concord Blue Energy, Inc (USD) | Concord Blue Engineering GmbH (Translated USD) | Integrated Presentation Concord Blue (USD) |
|---|---|---|---|
| REVENUES | $          - | $       95,554 | $       95,554 |
| | | | |
| OPERATING EXPENSES | | | |
| Wages and Employee Benefits | (1,234,150) | (1,535,406) | (2,769,556) |
| Professional Fees | (90,810) | (683,511) | (774,320) |
| Office Rent and Parking | (105,010) | (203,664) | (308,674) |
| Miscl. Expenses | (50,487) | (92,044) | (142,531) |
| Travel Expenses | - | (73,049) | (73,049) |
| Insurance Policies | - | (71,854) | (71,854) |
| | | | |
| OTHER INCOME/(EXPENSES) | | | |
| Foregiveness of Paycheck Protection Program Loan | 167,890 | - | 167,890 |
| Loss on impairment of subsidiary | (6,008,132) | - | (6,008,132) |
| | | | |
| Net loss before income tax benefit | (7,320,699) | (2,563,973) | (9,884,672) |
| | | | |
| INCOME TAX BENEFIT (EXPENSE) | 19,179 | (35,812) | (16,633) |
| | | | |
| NET LOSS | $   (7,301,520) | $   (2,599,785) | $   (9,901,305) |

Notes:
(1) Income statement was translated at an average exchange rate for the year ended December 31, 2021 (USD/EUR = 0.8793).
(2) Presentation does not include a split of of the loss to non-controlling interest.
(3) Concord Blue Engineering GmbH expenses are inclusive of the German Value Added Tax.

**Consolidated Statement of Cash Flows for Concord Blue Energy, Inc, Concord Blue Engineering GmbH, and Consolidated Presentation of Concord Blue Energy Inc with Concord Blue Engineering GmbH for Year Ended December 31, 2021**

| | Consolidated Concord Blue Energy, Inc (USD) | Concord Blue Engineering GmbH (Translated USD)[1] | Integrated Presentation Concord Blue (USD) |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITES** | | | |
| Net Loss | $ (7,301,520) | $ (2,599,785) | $ (9,901,305) |
| Adjustments to reconcile net loss to net cash from operating activities: | | | |
| Loss on impairment of subsidiary | 6,008,132 | - | 6,008,132 |
| Forgiveness of Paycheck Protection Program Loan | (167,890) | - | (167,890) |
| Change in operating assets and liabilities | - | - | - |
| Due from related parties - CB Engineering GmbH and CT Power GmbH | (3,083,531) | - | (3,083,531) |
| Due to related parties - CB Engineering GmbH and CT Power GmbH | (1,268,853) | - | (1,268,853) |
| Due to related parties - CT Power GmbH | - | (1,428,528) | (1,428,528) |
| Due to subsidiary - Concord Blue Energy Inc | - | 3,652,151 | 3,652,151 |
| Due from subsidiary - Concord Blue Energy Inc | - | (222,753) | (222,753) |
| Accounts payable | (13,029) | - | (13,029) |
| Prepaid expenses | 4,547 | - | 4,547 |
| Income tax payable | (1,407) | - | (1,407) |
| Other accrued expenses | 379,650 | - | 379,650 |
| Accrued employee compensation | (4,860) | - | (4,860) |
| Deferred Revenue - Infinite Fuels GmbH | - | 335,494 | 335,494 |
| Dr. Muehlen Liability for patents purchase | - | (315,420) | (315,420) |
| | | | |
| *Net cash from operating activities* | *(5,448,761)* | *(578,842)* | *(6,027,603)* |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Issue of common stock to MERS | 11,380,000 | - | 11,380,000 |
| Paycheck Protection Program loan borrowings | 139,403 | - | 139,403 |
| German Covid-19 Government Loan | - | 56,088 | 56,088 |
| | - | | |
| *Net cash from operating activities* | *11,519,403* | *56,088* | *11,575,491* |
| | | | |
| **EFFECT OF EXCHANGE RATES OF CASH** | - | (66,651) | (66,651) |
| | | | |
| **NET CHANGE IN CASH** | **6,070,642** | **(589,405)** | **5,481,237** |
| | | | |
| **CASH, beginning of year[2]** | 80,398 | 966,602 | 1,047,000 |
| | | | |
| **CASH, end of year[3]** | $ 6,151,040 | 377,197 | 6,528,237 |

<u>Notes:</u>
(1) Concord Blue Engineering GmbH cash flows were translated using an average exchange rate of USD/EUR 0.8793.
(2) Concord Blue Engineering GmbH beginning cash position was translated with an ending rate of USD/EUR of 0.8186.
(3) Concord Blue Engineering GmbH ending cash position was translated with an ending rate of USD/EUR of 0.8792.



REPORT OF INDEPENDENT AUDITORS AND
CONSOLIDATED FINANCIAL STATEMENTS

**CONCORD BLUE ENERGY, INC.**

December 31, 2021 and 2020



# Table of Contents

|  | PAGE |
|---|---|
| **Report of Independent Auditors** | 1–2 |
| **Consolidated Financial Statements** | |
| Consolidated balance sheets | 3 |
| Consolidated statements of operations | 4 |
| Consolidated statements of comprehensive loss | 5 |
| Consolidated statements of changes in stockholders' equity (deficit) | 6 |
| Consolidated statements of cash flows | 7 |
| Notes to consolidated financial statements | 8–18 |



# Report of Independent Auditors

The Board of Directors
Concord Blue Energy, Inc.

### Report on the Audit of the Financial Statements

#### Opinion

We have audited the consolidated financial statements of Concord Blue Energy, Inc. and its subsidiaries, which comprise the consolidated balance sheets as of December 31, 2021 and 2020, and the related consolidated statements of operations, comprehensive loss, changes in stockholders' equity (deficit), and cash flows for the years then ended, and the related notes to the consolidated financial statements.

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of Concord Blue Energy, Inc. and its subsidiaries as of December 31, 2021 and 2020, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

#### Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of Concord Blue Energy, Inc. and its subsidiaries and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

#### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about Concord Blue Energy, Inc. and its subsidiaries' ability to continue as a going concern within one year after the date that the financial statements are available to be issued.

*Auditor's Responsibilities for the Audit of the Financial Statements*

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the consolidated financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Concord Blue Energy, Inc. and its subsidiaries' internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about Concord Blue Energy, Inc. and its subsidiaries' ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

*Emphasis of Matter*

The accompanying consolidated financial statements have been prepared assuming that Concord Blue Energy, Inc. and its subsidiaries will continue as a going concern. As described in Note 2 to the consolidated financial statements, Concord Blue Energy, Inc. and its subsidiaries' future operations are dependent on further cash infusions from outside investors, assumption of debt, or improved operating performance. The results from operations raise substantial doubt about Concord Blue Energy, Inc. and its subsidiaries' ability to continue as a going concern. The consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter.

*Moss Adams LLP*

Los Angeles, California
July 13, 2022

**Concord Blue Energy, Inc.**
**Consolidated Balance Sheets**

### ASSETS

| | December 31, | | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| CURRENT ASSETS | | | | |
| Cash | $ | 6,151,040 | $ | 80,398 |
| Due from related parties | | 3,083,531 | | - |
| Other receivables | | 1,407 | | - |
| Prepaid expenses | | 1,484 | | 6,413 |
| Total current assets | | 9,237,462 | | 86,811 |
| CONSTRUCTION IN PROGRESS | | - | | 6,007,750 |
| Total assets | $ | 9,237,462 | $ | 6,094,561 |

### LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)

| | | | | |
|---|---|---|---|---|
| CURRENT LIABILITIES | | | | |
| Accounts payable | $ | 182,642 | $ | 195,671 |
| Due to related parties | | 1,855,516 | | 2,773,464 |
| Accrued employee compensation | | 26,019 | | 30,879 |
| Other accrued expenses | | 2,103,681 | | 1,724,031 |
| Total current liabilities | | 4,167,858 | | 4,724,045 |
| PAYCHECK PROTECTION PROGRAM LOAN | | 139,403 | | 167,890 |
| LM TEAMING LIABILITY | | 2,000,000 | | 2,000,000 |
| Total liabilities | | 6,307,261 | | 6,891,935 |
| STOCKHOLDERS' EQUITY (DEFICIT) | | | | |
| Common stock, $0.01 par value, 1,000,000 shares authorized, 519,101 and 203,563 shares issued and outstanding as of December 31, 2021 and 2020, respectively | | 5,191 | | 2,036 |
| Additional paid-in capital | | 23,617,880 | | 12,591,940 |
| Accumulated deficit | | (28,471,575) | | (22,739,040) |
| Accumulated other comprehensive gain | | 326,203 | | 326,203 |
| Total stockholders' deficit attributable to Concord Blue Energy, Inc. | | (4,522,301) | | (9,818,861) |
| Non-controlling interest | | 7,452,502 | | 9,021,487 |
| Total stockholders' equity (deficit) | | 2,930,201 | | (797,374) |
| Total liabilities and stockholders' equity (deficit) | $ | 9,237,462 | $ | 6,094,561 |

3  See accompanying notes to consolidated financial statements.

**Concord Blue Energy, Inc.**
**Consolidated Statements of Operations**

|  | Year Ended December 31, 2021 | Year Ended December 31, 2020 |
|---|---|---|
| REVENUES | $ - | $ 76,843 |
| OPERATING EXPENSES | (1,480,457) | (3,448,744) |
| OTHER INCOME/(EXPENSES) | | |
| Forgiveness of Paycheck Protection Program loan | 167,890 | - |
| Loss on impairment of subsidiary | (6,008,132) | (3,177,019) |
| Net loss before income tax benefit | (7,320,699) | (6,548,920) |
| INCOME TAX BENEFIT (EXPENSE) | 19,179 | (12,191) |
| NET LOSS | (7,301,520) | (6,561,111) |
| Net loss attributable to non-controlling interest | (1,568,985) | (496,017) |
| Net loss attributable to Concord Blue Energy, Inc. | $ (5,732,535) | $ (6,065,094) |

**Concord Blue Energy, Inc.**
**Consolidated Statements of Comprehensive Loss**

|  | Year Ended December 31, 2021 | | Year Ended December 31, 2020 | |
|---|---|---|---|---|
| NET LOSS | $ | (7,301,520) | $ | (6,561,111) |
| OTHER COMPREHENSIVE LOSS | | | | |
| Foreign currency translation adjustment | | - | | (326,207) |
| COMPREHENSIVE LOSS | | (7,301,520) | | (6,887,318) |
| NET LOSS ATTRIBUTABLE TO NON-CONTROLLING INTEREST | | (1,568,985) | | (596,095) |
| NET LOSS ATTRIBUTABLE TO CONCORD BLUE ENERGY, INC. | $ | (5,732,535) | $ | (6,291,223) |

5   See accompanying notes to consolidated financial statements.

**Concord Blue Energy, Inc.**
**Consolidated Statements of Stockholders' Equity (Deficit)**

| | Shares | Amount | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income | Total Stockholders' Deficit Attributable to Concord Blue Energy, Inc. | Non-Controlling Interest | Total Stockholders' Equity (deficit) |
|---|---|---|---|---|---|---|---|---|
| BALANCE, December 31, 2019 | 203,563 | $ 2,036 | $ 1,413,964 | $ (16,673,946) | $ 552,332 | $ (14,705,614) | $ 9,617,582 | $ (5,088,032) |
| Foreign currency translation adjustment | - | - | - | - | (226,129) | (226,129) | (100,078) | (326,207) |
| Investments | - | - | 11,177,976 | - | - | 11,177,976 | - | 11,177,976 |
| Net loss | - | - | - | (6,065,094) | - | (6,065,094) | (496,017) | (6,561,111) |
| BALANCE, December 31, 2020 | 203,563 | $ 2,036 | $ 12,591,940 | $ (22,739,040) | $ 326,203 | $ (9,818,861) | $ 9,021,487 | $ (797,374) |
| Issuance of common stock | 315,538 | 3,155 | 11,376,845 | - | - | 11,380,000 | - | 11,380,000 |
| Conversion of equity to debt | - | - | (350,905) | - | - | (350,905) | - | (350,905) |
| Net loss | - | - | - | (5,732,535) | - | (5,732,535) | (1,568,985) | (7,301,520) |
| BALANCE, December 31, 2021 | 519,101 | $ 5,191 | $ 23,617,880 | $ (28,471,575) | $ 326,203 | $ (4,522,301) | $ 7,452,502 | $ 2,930,201 |

See accompanying notes to consolidated financial statements.

**Concord Blue Energy, Inc.**
**Consolidated Statements of Cash Flows**

| | Year Ended December 31, 2021 | Year Ended December 31, 2020 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | |
| Net loss | $ (7,301,520) | $ (6,561,111) |
| Adjustments to reconcile net loss to net cash from operating activities | | |
| Loss on impairment of subsidiary | 6,008,132 | 2,256,098 |
| Forgiveness of Paycheck Protection Program loan | (167,890) | - |
| Change in operating assets and liabilities | | |
| Due from related parties | (3,083,531) | 136,937 |
| Accounts payable | (13,029) | 12,106 |
| Due to related parties | (1,268,853) | 2,524,903 |
| Prepaid expenses | 4,547 | 17,827 |
| Income tax payable | (1,407) | 2,445 |
| Other accrued expenses | 379,650 | 934,230 |
| Accrued employee compensation | (4,860) | 11,013 |
| Net cash from operating activities | (5,448,761) | (665,552) |
| | | |
| CASH FLOWS FROM FINANCING ACTIVITIES | | |
| Loans from related parties | - | 881,825 |
| Paycheck Protection Program loan borrowings | 139,403 | 167,890 |
| Issuance of common stock | 11,380,000 | - |
| Net cash from financing activities | 11,519,403 | 1,049,715 |
| | | |
| EFFECT OF EXCHANGE RATES OF CASH | - | (326,207) |
| | | |
| NET CHANGE IN CASH | 6,070,642 | 57,956 |
| | | |
| CASH, beginning of year | 80,398 | 22,442 |
| | | |
| CASH, end of year | $ 6,151,040 | $ 80,398 |
| | | |
| SUPPLEMENTAL DISCLOSURE OF NON-CASH INVESTING AND FINANCING INFORMATION | | |
| | | |
| Non-cash investments | $ - | $ 11,177,976 |

---

See accompanying notes to consolidated financial statements.                                    7

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 1 – Business and Basis of Presentation**

Concord Blue Energy, Inc. (together with its subsidiaries, the "Company" or "CBE"), is engaged in the sale of its core technology, the Concord Blue Reformer ("CBR"), and through its majority ownership of Concord Blue Development, LLC ("CBD"), and its subsidiaries is also engaged in the financing, construction, and operation of proprietary waste and biomass conversion facilities using CBR technology. The Company's facilities convert biomass or waste, in an environmentally friendly way, into synthetic gas and char to be used for many applications such as production of hydrogen, electricity, proteins, oleochemicals, transportation fuels, and activated carbon. The ability to create products from these facilities versus burying in the ground (landfilling) or burning (incineration) is what makes these facilities so attractive to communities around the world.

The Company was formed on April 11, 2012, as a Delaware corporation.

**Note 2 – Summary of Significant Accounting Policies**

**Basis of presentation** – The consolidated financial statements are prepared in accordance with accounting principles generally accepted in the United States of America (U.S. GAAP).

**Capital resources and liquidity** – As of December 31, 2021, the Company had approximately $6,151,000 in cash and for the year then ended, reported net cash used by operations of approximately $5,449,000. The Company is dependent for its future operations upon further cash infusions from outside investment, assumption of debt, or improved operating performance. The cash on hand and cash flow used in operations raise substantial doubt about the Company's ability to continue as a going concern within one year from the date of this report. The accompanying consolidated financial statements have been prepared on a going-concern basis, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business.

The consolidated financial statements do not include any adjustments relating to the recoverability and classification of asset amounts or the classification of liabilities that might be necessary should the Company be unable to continue as a going concern within one year after the consolidated financial statements are issued.

**Foreign currency** – The assets and liabilities of the wholly owned subsidiaries are translated from their local functional currencies at the exchange rate in effect at the consolidated balance sheet date, and income and expense accounts are translated at the average exchange rate during the reporting period. Gains or losses from translational adjustments are presented as comprehensive income or loss on the statements of comprehensive income. The cumulative effect of such translation adjustments are included within accumulated other comprehensive income which is presented as a separate component on the consolidated statements of stockholders' deficit.

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 2 – Summary of Significant Accounting Policies (continued)**

**Consolidation** – The consolidated financial statements include the accounts of CBE and its majority owned subsidiary, CBD. CBD has two majority-owned subsidiaries: Concord Blue Eagar, LLC ("CB Eagar") and Concord Blue One GmbH ("CB One"). All significant inter-company accounts, transactions, and balances have been eliminated in consolidation.

**Use of estimates** – The preparation of financial statements in accordance with U.S. GAAP requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements. Significant estimates used in preparing these consolidated financial statements include asset impairments, fair value of financial instruments, income taxes, and contingent and accrued liabilities.

**Cash** – Cash consists of cash on hand. At times, the Company's cash deposits exceed the levels insured by the Federal Deposit Insurance Corporation.

**Prepaid value added tax** – The Company is subject to Value Added Tax ("VAT") on certain expenditures in Germany at rates ranging between 7% and 19%, depending on the expenditure. The Company is entitled to reclaim this VAT subject to reduction for VAT due on any sales on which it collects VAT. VAT amounts are included within Due from Related Parties because CB One's VAT returns are included in the consolidated VAT returns of CT Power.

**Construction in progress** – Construction in progress is stated at cost, which includes the costs of construction and other direct costs attributable to the construction. No provision for depreciation is made on construction in progress until such time as the relevant assets are completed and put into use.

**Impairment of long-lived assets** – Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be fully recoverable. Recoverability of long-lived assets to be held and used is measured by a comparison of the carrying amount of an asset to future net undiscounted cash flows expected to be generated by the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount that the carrying amounts of the assets exceed the fair value of the assets. Assets to be disposed of are reported at the lower of the carrying amount or fair value less selling costs. For the year-ended December 31, 2021, the company's management has decided not to proceed with its CB One project as part of the projects CBD intended to construct. The Company intends to wind down CB One and pursue the project outside of projects developed by CBD subsidiary. The Company has therefore written off all assets in the CB One subsidiary. As of December 31, 2020, the Company had previously determined its Eagar Project was fully impaired (Note 3).

**Deferred rent** – Rent expense is recorded on a straight-line basis over the term of the lease. The difference between rent expense and amounts paid under the lease agreement is recorded as deferred rent and is presented as a component of other accrued expenses on the consolidated balance sheets. Lease incentives, including tenant improvement allowances, are also recorded as deferred rent and amortized on a straight-line basis over the lease term. Deferred rent was $17,452 and $25,204 at December 2021 and 2020, respectively.

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 2 – Summary of Significant Accounting Policies (continued)**

**Income taxes** – In accordance with Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) 740, *Income Taxes*, the Company records a tax provision or benefit for the anticipated tax consequences of its reported results of operations. The effect of income taxes is computed using the liability method, under which deferred tax assets and liabilities are recognized for the expected future tax consequences of temporary differences between the financial reporting and tax bases of assets and liabilities. Management reviews the deferred tax assets periodically to assess whether a valuation allowance is required to reduce deferred tax assets to the amount that management believes is more-likely-than-not to be realized.

The Company accounts for uncertain tax positions in accordance with ASC 740, which prescribes a recognition threshold and measurement attribute for financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return and also provides guidance on various related matters such as de-recognition, interest, penalties, and disclosures required. The Company recognizes interest and penalties, if any, related to unrecognized tax benefits in income tax expense. As of December 31, 2021 and 2020, the Company had no unrecognized tax benefits.

**Fair value of financial instruments** – The carrying amounts of financial instruments such as cash, receivables, accounts payable, accrued expenses, and related-party line of credit approximate the related fair values due to the short-term maturities of these instruments.

**Recently issued accounting pronouncements** – In February 2016, the FASB issued ASU 2016-02, *Leases (Topic 842)*. Lessees will be required to recognize assets and liabilities on the balance sheet for the rights and obligations created by all leases with terms of more than 12 months. For non-public entities, the standard is effective for fiscal years beginning after December 15, 2019, and interim periods within fiscal years beginning after December 15, 2020. In June 2020, the FASB issued ASU 2020-05, which defers the effective date of ASU 2016-02 for companies that are not public business entities. For calendar-year-end companies that are eligible for the deferral, the effective date is January 1, 2022. The Company is currently evaluating the effect this standard will have on its financial statements.

**Subsequent events** – Subsequent events are events or transactions that occur after the consolidated balance sheet date but before the consolidated financial statements are issued. The Company recognizes in the consolidated financial statements the effects of all subsequent events that provide additional evidence about conditions that existed at the date of the consolidated balance sheet, including the estimates inherent in the process of preparing the consolidated financial statements. The Company's consolidated financial statements do not recognize subsequent events that provide evidence about conditions that did not exist at the date of the consolidated balance sheet but arose after the consolidated balance sheet date but before the consolidated financial statements were available to be issued.

The Company has evaluated subsequent events through July 13, 2022, which is the date the consolidated financial statements were available to be issued and concluded no subsequent events have occurred that require recognition or disclosure.

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 3 – Construction in Progress**

The Company's construction in progress amounted to the following at December 31, 2021 and 2020:

|  | 2021 | 2020 |
|---|---|---|
| Herten, Germany | $ - | $ 6,007,750 |
| Eagar, Arizona | - | - |
| Total | $ - | $ 6,007,750 |

**Herten Project (CB One)** – The Company has previously been developing the Herten facility, which would upon completion of the construction, deliver electricity to the local energy grid. In 2020, the Company has decided that it may change the configuration of the facility, which would change the renewable fuel type output produced from electricity to hydrogen. In 2021, the Company has decided that this project will not be developed by CBD subsidiary, and has therefore written off all construction in progress assets.

**Eagar Project (CB Eagar)** – The company has written off all CB Eagar assets and liabilities during the year ended December 31, 2020.

**Note 4 – Other Accrued Expenses**

Other accrued expenses as of December 31, 2021 and 2020 is comprised of the following:

|  | 2021 | 2020 |
|---|---|---|
| Other Accrued Expenses |  |  |
| Accrued officer compensation | $1,053,671 | $675,671 |
| VAT repayment | 876,664 | 876,664 |
| Accrued audit and tax professional fees | 120,000 | 120,000 |
| Other accrued expenses and provisions | 53,346 | 51,696 |
|  | $2,103,681 | $1,724,031 |

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 5 – Paycheck Protection Program Loan**

On May 6, 2020 and March 16, 2021 , the Company received unsecured loans in the principal amounts of $167,890 and $139,403, respectively, under the Paycheck Protection Program (the "PPP") administered by the U.S. Small Business Administration, or the SBA, pursuant to the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), or the PPP loan. The terms of the PPP Loans were subsequently revised in accordance with the provisions of the Paycheck Protection Flexibility Act of 2020, or the PPP Flexibility Act, which was enacted on June 5, 2020. The PPP loans provide for an interest rate of 1.00% per year and matures two years after the date of initial disbursement, with initial principal and interest payments coming due in 2022 and 2023, respectively. The PPP loans may be used for payroll costs, costs related to certain group health care benefits and insurance premiums, rent payments, utility payments, mortgage interest payments and interest payments on any other debt obligation that were incurred before February 15, 2020.

Under the terms of the CARES Act and the PPP Flexibility Act, the Company may apply for and be granted forgiveness for all or a portion of loan granted under the PPP loan, with such forgiveness to be determined, subject to limitations (including where employees of the Company have been terminated and not re-hired by a certain date), based on the use of the loan proceeds for payment of payroll costs and any payments of mortgage interest, rent, and utilities. The terms of any forgiveness may also be subject to further requirements in regulations and guidelines adopted by the SBA.

On June 11, 2021, the Company's initial PPP loan in the amount of $167,890 was forgiven.  Additionally, subsequent to December 31, 2021, the Company's second PPP loan in the amount of $139,403 was also forgiven.

**Note 6 – Stockholders' Equity (Deficit)**

The Company is authorized to issue 1,000,000 shares of common stock with $0.01 par value. As of December 31, 2021 and 2020, there were 519,101 and 203,563 shares issued and outstanding, respectively.

The shareholders and their respective equity interests at December 31, 2021 and 2020, were as follows:

|  | December 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
|  | Number of Shares | Ownership Percent | Number of Shares | Ownership Percent |
| Municipal Employees' Retirement System | 346,072 | 66.67% | 30,534 | 15.00% |
| Concord Blue Engineering GmbH | 160,966 | 31.01% | 160,966 | 79.07% |
| Western Energy Solutions, LLC | - | 0.00% | 8,500 | 4.18% |
| CB Patent Investments, LLC | 8,500 | 1.64% | - | 0.00% |
| Stefan Burmester | 3,563 | 0.69% | 3,563 | 1.75% |
| Total | 519,101 | 100.00% | 203,563 | 100.00% |

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 6 – Stockholders' Equity (Deficit) (continued)**

**Non-controlling interest –** Non-controlling interest as reflected in the Company's consolidated balance sheets consists of interest held by Berger Group Holdings, Inc ("Berger Group") in Class A units of CBD. As of December 31, 2021 and 2020, Berger Group owns 522,743 Class A units of CBD.

As of December 31, 2021, pursuant to the Second Amendment to Amended and Restated Limited Liability Company Agreement of Concord Blue Development, LLC, ("Second CBD Agreement"), the minority interest position held by Municipal Employees' Retirement System of Michigan ("MERS") of 17,487,115 Class A units of CBD were redeemed for additional 35,858 shares ("CBD Puts") in CBE. As a result of the shares issuance in CBE transaction, MERS' CBD shares were cancelled. Therefore, MERS does not hold any Class A units as of at December 31, 2021 in CBD.

**CB Patent Investments:** In 2021, CB Patent Investments, LLC ("CB Patent Investments") has purchased from Western Energy Solutions, LLC 8,500 Shares. As of at December 31, 2021, CB Patent Investments owns 8,500 CBE shares.

**Note 7 – Share Issuance to MERS from Core Projects Equity Interests, CBD Puts, Shares Bonus, and New Share Purchase**

**Core Project Equity Interests Rights:** Per the Second CBD Agreement, MERS elected to convert their Core Project Equity Interests Rights ("Equity Interest") to receive $15,000,000 of equity interest in CBD core projects into 43,621 new shares of CBE. As of at December 31, 2021, the issuance of shares to MERS in CBE from Core Project Equity Interests was executed.

**CBD Puts:** Per the Second CBD Agreement, MERS was issued 35,970 of new shares from the Company for CBD Puts. As of December 31, 2021, the issuance of shares to MERS in CBE from CBD Puts was executed.

**Shares Bonus:** Per the Second CBD Agreement, MERS received a special shares bonus ("Shares Bonus") of 20,970 new shares. As of December 31, 2021, the issuance of Shares Bonus was executed.

**New Equity Purchase:** For the year-ended 12/31/2021, MERS have purchased 215,090 new shares from the Company at a total equity investment of $11,380,000.

In total MERS have received 315,538 new shares issued to them a result of four transactions – Core Project Equity Interests, CBD Puts, Shares Bonus and New Shares Purchases.

**Note 8 – Teaming Agreement with Lockheed Martin Corporation**

CBE and Lockheed Martin Inc. (LM) previously engaged in an agreement (the "Teaming Agreement"), forming a strategic relationship to develop Waste Conversion Projects. Effective as of at June 16, 2021, LM had terminated the Teaming Agreement. As of at December 31, 2021 and 2020, the LM Teaming liability of $2,000,000 on the balance sheet reflects the monies previously received from LM from the Teaming Agreement, which has not satisfied the milestones set as a component of Other Income in the accompanying consolidated financial statements.

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 9 – Consolidation of Subsidiaries**

**CB One** – CB One is a majority-owned subsidiary of CBD as CBD owns 86.65% of the outstanding shares of CB One. Mohl Investment GbR ("Mohl"), owns the remaining 13.35% of outstanding shares and is represented as a non-controlling interest in the consolidated financial statements. As of December 31, 2021, all the assets in CB One have been written off.

**CB Eagar** – CB Eagar is majority-owned subsidiary of CBD as CBD owns 84.69% of the outstanding shares of CB One. Western Energy Solutions, LLC ("WES"), owns the remaining 15.31% of the outstanding shares and is represented as a non-controlling interest in the consolidated financial statements. As of December 31, 2020, all the assets and liabilities in CB Eagar have been written off.

**Note 10 – Income Taxes**

Federal and state income tax expense (benefit) for the years ended December 31, 2021 and 2020, are as follows:

|  | Year Ended December 31, 2021 | | |
|  | Current | Deferred | Total |
| --- | --- | --- | --- |
| Federal | $ - | $ - | $ - |
| State | (18,379) | - | (18,379) |
| Income tax benefit | $ (18,379) | $ - | $ (18,379) |

|  | Year Ended December 31, 2020 | | |
|  | Current | Deferred | Total |
| --- | --- | --- | --- |
| Federal | $ 12,191 | $ - | $ 12,191 |
| State | - | - | - |
| Provision for income taxes | $ 12,191 | $ - | $ 12,191 |

14

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 10 – Income Taxes (continued)**

Differences between the provision for income taxes at the U.S. federal statutory rate and the provision for income taxes included in the statement of operations for the year ended December 31, 2021 are primarily due to the following:

| | | | |
|---|---|---:|---:|
| Provision/(Benefit) at statutory rate | $ | (1,520,182) | 21.0% |
| State tax provision/(benefit) net of federal benefit | | (5,304) | 0.1% |
| Permanent book/tax difference | | 135,103 | -1.9% |
| AMT credit refunded | | (19,179) | 0.3% |
| Loss from nontaxable entities | | 1,143,414 | -15.8% |
| Change in valuation allowance | | 247,769 | -3.4% |
| Income tax benefit | $ | (18,379) | 0.3% |

The tax effects of temporary differences and carryforwards that give rise to significant portions of deferred tax assets and liabilities are as follows:

| | Year Ended December 31, 2021 | | Year Ended December 31, 2020 | |
|---|---|---:|---|---:|
| Deferred tax assets | | | | |
| Net operating loss carryforwards | $ | 1,829,736 | $ | 1,578,711 |
| Accruals, reserves, and others | | 38,069 | | 41,162 |
| Gross deferred tax assets | | 1,867,805 | | 1,619,873 |
| Deferred tax liabilities | | | | |
| Fixed assets | | (485) | | (649) |
| Gross deferred tax liabilities | | (485) | | (649) |
| Net deferred tax assets before valuation allowance | | 1,867,320 | | 1,619,224 |
| Valuation allowance | | (1,867,320) | | (1,619,224) |
| Net deferred tax asset after valuation allowance | $ | - | $ | - |

The Company has established a full valuation allowance against its deferred tax assets due to the uncertainty surrounding realization of these assets.

Realization of deferred tax assets is dependent upon future earnings, if any, the timing, and amount of which are uncertain. Accordingly, the net deferred tax assets have been fully offset by a valuation allowance.

As of December 31, 2021, the Company had total combined net operating loss carryforwards for federal and state income tax purposes of $24,594,306 and $23,997,518, respectively.

15

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 10 – Income Taxes (continued)**

Under Section 382 of the Internal Revenue Code of 1986, as amended, the Company's ability to utilize net operating losses or other tax attributes such as research tax credits in any taxable year may be limited if the Company experiences, or has experienced, an "ownership change." A Section 382 "ownership change" generally occurs if one or more stockholders or groups of stockholders, who own at least 5% of the Company's stock, increase their ownership by more than 50 percentage points over their lowest ownership percentage within a rolling three-year period. Similar rules may apply under state tax laws. The Company may in the future experience one or more Section 382 "ownership changes." If so, the Company may not be able to utilize a material portion of its net operating losses and tax credits, even if the Company achieves profitability.

The Company did not have any unrecognized tax benefits (UTBs) or accrued interest and penalties as of December 31, 2021. All of the deferred tax assets are fully offset by a valuation allowance.

The Company files U.S. federal and state income tax returns with varying statues of limitations. The tax years from inception will remain open to examination due to the carryover of the unused net operating losses and tax credits. The Company does not have any tax audits or other proceedings pending.

The Company does not expect any material changes to the estimated amount of liability associated with its uncertain tax positions within the next 12 months.

**Note 11 – Commitments and Contingencies**

**Environmental** – The Company is subject to various federal, state, and local environmental laws and regulations that establish standards and requirements for protection of the environment. The Company cannot predict the future impact of such standards and requirements, which are subject to change and can have retroactive effectiveness. The Company continues to monitor the status of these laws and regulations. Management believes the likelihood of new environmental regulations resulting in a material adverse impact to the Company's financial position, liquidity, capital resources, or future results of operations is very low.

**Legal matters** – The Company is, from time to time, involved in legal proceedings claims and litigation arising in the ordinary course of business. These matters are not expected to have a material adverse effect upon the Company's financial statements.

**Leases** – The Company leases its corporate office space through an operating lease expiring in June 2023. The minimum annual lease payments, including parking (and excluding CAM fees) guaranteed under these agreements are approximately as follows:

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 11 – Commitments and Contingencies (continued)**

| Years Ending December 31, | | |
|---|---|---|
| 2022 | $ | 111,237 |
| 2023 | | 56,462 |
| | $ | 167,699 |

Rent expense for the year ended December 31, 2021, was approximately $102,157.

**Note 12 – Employee Benefit Plan**

The Company maintains a 401(k) plan (the "Plan"). Participation in this plan is available to all full-time employees of the Company for three months or longer. Employees may contribute up to a maximum of up to the federally designated limits. For participants aged 50 and above, the contribution limit for additional catch-up is $6,500. The Company matches 100% of participant contributions, up to a maximum of 4%. The Company's match is 100% vested at all times. The Company's contributions to the Plan during the years ended December 31, 2021 and 202, totaled $14,057 and $5,000 respectively.

**Note 13 – Related-Party Transactions**

CB One leases the site for the Herten facility from CB Engineering. The lease does not expire but has a one-month cancellation clause. The monthly rent for fiscal year 2021 and 2020 was approximately $15,000. The Company has not made any cash payments towards this rent, and has not accrued a deferred rent liability on its consolidated balance sheets given that the Company intends to wind down CB One.

As of December 31, 2021, CBE has a due from related parties balance of $1,228,016 (net of due to/due from related party balances) which reflects advances from CB Engineering GmbH and monies owed to CB Engineering GmbH and CT Power GmbH ("CT Power") subsequent to the execution of Second CBD Agreement.

Previously, as of December 31, 2020, CBE had a due to related parties liability balance of $2,773,464. This is the liability balance per the Second CBD Agreement, which consisted of the liability cap per the CBD Second Agreement less payments to CT Power consisting of repayment on prior loans incurred to fund CB Engineering, and any other monies released to CT Power.

**Note 14 - Future Obligations**

Per the Second CBD Agreement, the CBE has the following shares issuance obligations remaining:

- CBE shall issue CT Power 11,536 for executing the CBD Second Agreement.
- CBE shall issue 24,666 to key management individuals, which can be delayed per each individual's request.

17

**Concord Blue Energy, Inc.**
**Notes to Consolidated Financial Statements**

**Note 14 - Future Obligations (continued)**

Per the Second CBD Agreement, CT Power will receive from CB Engineering all shares CB Engineering owns in CBE via share transfer. CB Engineering will not own any shares of CBE. CB Engineering will become a wholly owned subsidiary of CBE bringing into CBE extensive toolset of capabilities. Post-integration, CBE new service offerings will be expanded to include full suite of proprietary, engineering-related services increasing CBE's ability to monetize each project opportunity. CB Engineering contains the core engineering capabilities of the CBR process technology required to design, build and operate CBR facilities.

CB Engineering has developed proprietary tools and methods, simulation models and design processes compulsory to completing the engineering packages underpinning each facility. CB Engineering also develops all of the CBR intellectual property, including the patents used by CBE in the manufacturing of CBRs.

For reference, assuming no additional changes in the ownership structure, once the aforementioned future shares issuance and CB Engineering integration activities are executed, the ownership structure will become as following:

|  | Current CBE Capitalization | | New CBE Capitalization | |
|---|---|---|---|---|
|  | Shares | Ownership | Shares | Ownership |
| Municipal Employees' Retirement System | 346,072 | 66.67% | 346,072 | 62.32% |
| Concord Blue Engineering GmbH | 160,966 | 31.01% | - | - |
| CT Power GmbH | - | - | 172,502 | 31.06% |
| CB Patent Investments, LLC | 8,500 | 1.64% | 8,500 | 1.53% |
| Stefan Burmester | 3,563 | 0.69% | 3,563 | 0.64% |
| Reserved for Issuance[1] | - | - | 24,666 | 4.44% |
|  | 519,101 | 100.0% | 555,303 | 100.0% |

(1) Assuming all key management individuals opt in for shares issuance.