# **<u>EXHIBIT 15</u>**

```
[11/6/20, 12:35:01 PM] Berry Polmann: 12 to 48 hrs
[11/6/20, 12:35:08 PM] Berry Polmann: Assume tomorrow
[11/6/20, 1:00:26 PM] Berry Polmann: And now I am into a call with 6 lawyers
[11/6/20, 1:14:55 PM] Ed: For Adveq or ROMO?  Either way, you are not having a good day
[11/6/20, 1:16:57 PM] Berry Polmann: infinite fuels
[11/6/20, 1:26:47 PM] Berry Polmann: Concord Blue project
[11/6/20, 1:27:12 PM] Ed: Ok. That is GOOD!!
[11/6/20, 1:27:28 PM] Berry Polmann: closing next week
[11/6/20, 1:29:03 PM] Berry Polmann: we spent 6 months on it and a 100k in legal fees, but this will be a pretty much no risk 12% aanual coupon for MERS
[11/6/20, 1:29:30 PM] Berry Polmann: at the same time we are taking a big share in concord blue energy, by converting the CBD shares into CBE
[11/6/20, 1:29:51 PM] Berry Polmann: we'll end up owning half the company without additional cash out
[11/6/20, 1:30:15 PM] Berry Polmann: due to the covenants we put in place when we closed on cbe and cbd
[11/6/20, 1:31:17 PM] Berry Polmann: if the taiwan projects get done, cb will make a bundle ..  We're closing to having it turned around without Lockheed
[11/6/20, 1:31:28 PM] Berry Polmann: never ever again with a large american company
[11/6/20, 1:32:09 PM] Berry Polmann: Lockheed cost em a few years of my life
[11/6/20, 1:32:18 PM] Berry Polmann: me
[11/6/20, 1:33:06 PM] Ed: It's not you. They should've been the perfect partner.
[11/6/20, 1:33:25 PM] Berry Polmann: trump came and all done
[11/6/20, 1:33:47 PM] Berry Polmann: we hadnow 5 different managers in 5 years
[11/6/20, 1:35:55 PM] Berry Polmann: if they now come back in January and wnat to pick up where we left of,  i will need to put me in a straightjacket
[11/6/20, 1:36:22 PM] Berry Polmann: <attached: 00008535-GIF-2020-11-06-13-36-22.mp4>
[11/6/20, 1:36:29 PM] Berry Polmann: 😉
[11/6/20, 1:37:46 PM] Berry Polmann: they stopped ALL renewable energy projects, wrote of over 100m. Just to not look too left..
```

```
[11/20/20, 7:51:43 AM] Berry Polmann: <attached:
00008625-PHOTO-2020-11-20-07-51-43.jpg>
[11/20/20, 7:51:44 AM] Berry Polmann: <attached:
00008626-PHOTO-2020-11-20-07-51-44.jpg>
[11/20/20, 7:52:33 AM] Berry Polmann: from the planting to the local supermarket
[11/20/20, 7:52:51 AM] Berry Polmann: that was the new planting of blueberries in
october 2014
[11/20/20, 7:53:02 AM] Berry Polmann: now they are in my local supermarkt
[11/20/20, 7:53:18 AM] Ed: From camposol?
[11/20/20, 7:53:24 AM] Berry Polmann: yes
[11/20/20, 7:53:45 AM] Berry Polmann: lightyears behind what we have at acp in
production
[11/20/20, 7:54:21 AM] Berry Polmann: but the risked all on it, and were
technically bankrupt
[11/20/20, 7:54:47 AM] Berry Polmann: they told us that they were going to be the
largest employer of peru with 30000 employees
[11/20/20, 7:55:01 AM] Berry Polmann: picking all the blueberries...
[11/20/20, 7:55:22 AM] Berry Polmann: Gaia and I got the hell out.. Stupid in
hindsight..
[11/20/20, 8:23:07 AM] Ed: I'll take what we have.  I need to be greedy. Especially
with high risk plan.
[11/20/20, 8:29:41 AM] Berry Polmann: ?
[11/20/20, 8:36:30 AM] Ed: I mean, don't feel bad about running away from camposol.
The strategy was too high risk for a pension Fund
[11/20/20, 8:44:05 AM] Berry Polmann: definitely. But we've been too MERS centric.
This was a good gameplan for the canadians, huge capital deployment.
[11/20/20, 8:44:27 AM] Berry Polmann: <attached:
00008641-PHOTO-2020-11-20-08-44-27.jpg>
[11/20/20, 8:45:18 AM] Berry Polmann: they taste fantastic not so sweet, high in
acidity so they must sell like crap an the local lidl has them
[11/20/20, 8:46:54 AM] Berry Polmann: I am really not the biggest fan of our giant
big tasteless sweet blueberries, but if the market wants that.. I am all good.
[11/20/20, 8:47:18 AM] Berry Polmann: Camposol has first mover disadvantage now.
Old genetics
[11/20/20, 9:01:58 AM] Berry Polmann: <attached:
```

```
00008679-GIF-2020-11-23-12-03-44.mp4>
[11/23/20, 12:04:11 PM] Berry Polmann: this my xth call today
[11/23/20, 12:04:16 PM] Berry Polmann: and still a few hours to go
[11/23/20, 12:04:32 PM] Berry Polmann: we need to do a full peacock update with you
[11/23/20, 12:05:05 PM] Berry Polmann: first or second week dec
[11/23/20, 12:05:06 PM] Berry Polmann: and intro to the new superstars we recruited for onefloral
[11/23/20, 12:05:10 PM] Berry Polmann: and a have a few surprises for you
[11/24/20, 11:48:00 AM] Ed: Can't wait
[11/24/20, 11:48:53 AM] Berry Polmann: let's see negotiation have been hard, very hard. From my end. I am looking fwd to XMAS
[11/24/20, 11:49:43 AM] Berry Polmann: BTW we have BDO on standby to setup the vehicle for MERS investments but I had parked it due to covid and travel ban.
[11/24/20, 11:50:01 AM] Berry Polmann: Do you still want that setup this year
[11/24/20, 11:50:14 AM] Berry Polmann: or should we do that next?
[11/24/20, 12:55:34 PM] Ed: Would love to do it this year, but don't think I have the legal bandwidth until after the new year.
[11/24/20, 12:56:06 PM] Berry Polmann: That was my main worry, since it would involve a lot of simple paperwork
[11/24/20, 12:56:29 PM] Berry Polmann: But with everyone working from home it might end in a huge amount of emails
[11/24/20, 12:56:39 PM] Berry Polmann: Which would be difficult to coordinate
[11/24/20, 1:19:37 PM] Berry Polmann: If it is crucial let me know, all is prepared. Just am assuming no one really is in the mood for it.
[11/24/20, 3:24:37 PM] Ed: That about sums it up
[11/24/20, 3:26:04 PM] Ed: <attached: 00008697-PHOTO-2020-11-24-15-26-03.jpg>
[11/24/20, 3:27:22 PM] Berry Polmann: 😂
[11/24/20, 4:36:56 PM] Berry Polmann: Congrats
[11/24/20, 4:37:11 PM] Berry Polmann: You now own 38.5 percent of cbe
[11/24/20, 4:47:14 PM] Berry Polmann: And no, that is not a typo
[11/25/20, 9:58:17 AM] Ed: Ok.  Does it have enough cash to survive?
[11/25/20, 9:58:36 AM] Berry Polmann: wait for my write up  today.
[11/25/20, 9:58:47 AM] Berry Polmann: thanksgiving present
[11/25/20, 9:59:33 AM] Berry Polmann: will give you a call after sending
[11/25/20, 9:59:40 AM] Berry Polmann: there is background you need to know
[11/25/20, 10:19:59 AM] Berry Polmann: plz give me a ping when you have  read through the email and i'll give you a call
[11/25/20, 11:32:21 AM] Berry Polmann: Missed voice call
[11/25/20, 3:02:12 PM] Berry Polmann: need someone to curse at
[11/25/20, 3:02:51 PM] Berry Polmann: We lost la paloma, the best property in the Colombia pipeline to Chileneans.
[11/25/20, 3:03:22 PM] Berry Polmann: I had warned them in the board meeting to close on this first, not on the other properties
[11/25/20, 3:03:31 PM] Ed: Great...
[11/25/20, 3:03:44 PM] Berry Polmann: And warned them to bolt on a high caliber legal team in colombia
[11/25/20, 3:04:03 PM] Berry Polmann: Alfonso blocked, forced through the other ones.
[11/25/20, 3:04:48 PM] Berry Polmann: I have been saying: we will prove these assets for others, the fact that we are interested and do the work validates an
```