# **EXHIBIT 16**



verdantƒ AG
Kobiboden 63
8840 Einsiedeln
Switzerland
November 25, 2020

Municipal Employees' Retirement System of Michigan
1134 Municipal Way
Lansing, MI 48917
USA
attn: Edward Mikolay

Draw Down Notice 033
MERS Real Assets Account
MERS - verdantƒ IMA

Dear Ed,

verdantƒ HEREBY CALLS on MERS of Michigan to pay:
 - EUR 2,375,000.00
 - Due Date: December 02, 2020

Should you or anyone within MERS have any questions regarding this Draw Down, then feel free to call Berry Polmann at +41 795 555 373 during Michigan office hours.

**Background**
- Regarding this Drawdown Notice we refer to the MERS verdantƒ Investment Management Agreement outlining the MERS Real Assets Account with verdantƒ and the concurrent Powers of Attorney, signed and executed March 8th, 2016.

**Allocation**
-Summary: This drawdown is the first of two that covers the funding of the design & engineering phase for the Borgsted Germany waste to hydrogen project developed by Infinite Fuels GmbH and governed by the EPCM Contract with Concord Blue Energy. Structured as a Bridge Loan Facility which is guaranteed by the EU Life Program, with an annual 12% coupon.

**Wiring**
**Bank Name**
GLS Gemeinschaftsbank eG
**Bank Address**
GLS Gemeinschaftsbank eG, 44774 Bochum
**Bank Account Owner**
Infinite Fuels GmbH
**Bank Account Number**
1083 2556 01
**IBAN**
DE75 4306 0967 1083 2556 01
**BIC/SWIFT**
GENODEM1GLS

For and on behalf of verdantf:

For and on behalf of verdantf:

Zurich - Kuala Lumpur

| Notice | | | USD |
|---|---|---|---|
| Drawdown Notice No | 033 | Total called in this drawdown * | 2,827,746.25 |
| Issue Date | November 25, 2020 | Cumulative drawdowns called prior to current notice | 110,853,002.91 |
| Due Date | December 02, 2020 | Cumulative drawdowns called including current notice | 113,680,749.16 |
| | | Cumulative Recallable RecReturn of Capital | 4,056,155.03 |
| **Account** | | **Balance** | |
| Size | 150,000,000 | Unfunded balance prior to current notice | 43,203,152.12 |
| | | Unfunded balance including current notice | 40,375,405.87 |

| Aggregate | Drawdowns | Distributions |
|---|---|---|
| Cumulative amount prior to notice | 110,852,920.73 | 6,537,799.31 |
| Cumulative amount including current notice | 113,680,666.98 | 6,537,799.31 |
| Total net amount of drawdowns and distributions | | 107,142,867.67 |

*In EUR*

| | Commitment | Drawn previously | Current Draw | Undrawn Amount |
|---|---|---|---|---|
| Facility A | 2,375,000.00 | - | 2,375,000.00 | - |
| Facility B | 1,125,000.00 | - | - | 1,125,000.00 |
| | 3,500,000.00 | - | 2,375,000.00 | 1,125,000.00 |

\* The USD amount on this call here is preliminary. This will be updated with the actual USD amount once MERS makes the wire and BNY Mellon has updated us on the exact USD / EUR conversion rate.



Zurich - Kuala Lumpur