# **EXHIBIT 17**

**Lockheed Martin Corporation**
199 Borton Landing Drive, Moorestown NJ 08057



June 16, 2021

Document Control No.: EN-OGC-2021-000003-0

Concord Blue Energy Inc. & Concord Blue Development, LLC
12424 Wilshire Boulevard
Suite 660
Los Angeles, California 90025

Attention:     Mr. Charlie Thannhaeuser

Subject:       Notice of Termination of Teaming Agreement

Reference:   (a) Teaming Agreement dated July 25, 2013 as amended December 18, 2015 ("Agreement")

Dear Mr. Thannhaeuser:

Reference is made to (i) the **Agreement** by and between Lockheed Martin Corporation ("**we**," "**us**," or "**our**"); Concord Blue Energy, Inc.; and Concord Blue Development LLC (collectively, **"Concord Blue"** or "**you**" or "**your**"), and (ii) our notice of breach EN-OGC-2020-000013-0 dated November 9, 2020. Capitalized terms used but not defined herein have the meanings ascribed to them under the Agreement.

   In accordance with Section 6(e)(2) of the Agreement, you have not refunded the $2,000,000 USD payment due under that section, therefore, as outlined in EN-OGC-2020-000013-0, you have been in breach of your payment obligations. We sent invoice no. S1909-002 in an amount of $2,000,000 USD on 08 October 2019, which you have failed to pay.

   Pursuant to Section 12(f) of the Agreement, we notified you on November 9, 2020 of the breach and you have failed to cure such breach within fourteen (14) calendar days. *Due to your failure to cure the breach, we hereby notify you that we are terminating the Agreement effective as of the date of your receipt of this notice.*

   Please cease and desist using the Lockheed Martin name (including affiliates) for any purpose and remove all instances of "Lockheed Martin," including the Lockheed Martin logo on any materials in the possession of Concord Blue or its affiliates. You must also take prompt steps to remove any reference to Lockheed Martin and the Lockheed Martin logo online or in any marketing material, or similar material.

   Please be further advised that Lockheed Martin formerly granted Concord Blue certain limited licenses to its intellectual property (IP) and that these licenses are contractually terminated. With respect to Lockheed Martin Background IP, see, Attachment 2, Para. 2 of the Agreement which provides that all licenses to Lockheed Martin Background IP terminate upon termination of the Agreement. With respect to Lockheed Martin solely developed foreground intellectual property developed under the Owego demonstration agreement or Herten projects, these licenses were limited to use with work performed under the Agreement. As the Agreement stands terminated, any Lockheed Martin license for solely developed foreground IP developed at Owego is also terminated.

Lockheed Martin Proprietary Information

EN-OGC-2021-000003  
Page 2 of 2

Because of the termination of the Agreement, Concord Blue must cease and desist using any Lockheed Martin Proprietary Information, including but not limited to Lockheed Martin Background IP and any of its solely developed foreground IP for any purpose whatsoever. This information and IP is Lockheed Martin proprietary and confidential information under the parties various Proprietary Information Agreements which each require that Concord Blue must return or destroy all documents containing Lockheed Martin proprietary information. In the case of destruction, Concord Blue must provide a certification as to the destruction of all Lockheed Martin proprietary information. Please return any such information or documentts to my attention at the address listed below.

Please direct any questions to Jamie Graziano, Contract Negotiator Sr. Staff, Lockheed Martin Corporation, 199 Borton Landing Drive, Moorestown NJ 08057 Telephone: 407-356-8110 Email: Jamie.graziano@lmco.com

This notice is without prejudice to any of our rights, powers, privileges, remedies, and defenses, now existing or hereafter arising, all of which are hereby expressly reserved.

Very truly yours,

LOCKHEED MARTIN CORPORATION

By: *Jamie Graziano*

Name: Jamie Graziano

Title: Contract Negotiator Sr. Staff

cc Larry White, Peter Turchick, Donato Antonucci

Lockheed Martin Proprietary Information