# **EXHIBIT 18**



CONFIDENTIAL

### CONCORD BLUE MERS BRIDGE LOAN TO LAND SALE

### LOAN AGREEMENT

This contractual document ("**Loan Agreement**") sets out the key terms and conditions that will govern this bridge loan between Municipal Employees' Retirement System of Michigan advised and represented by Verdantf AG ("**MERS**"), and Concord Blue Energy Inc., including Concord Blue Engineering GmbH (collectively "**Concord Blue**") (jointly the "**Parties**" or each individually a "**Party**").

| Terms | Matter |
|---|---|
| **1. Loan Amount** | USD $1,830,000.00<br>ONE MILLION EIGHT HUNDRED THIRTY THOUSAND US DOLLARS |
| **2. Purpose** | The Parties acknowledge the purpose of this loan is to provide a short-term bridge loan to facilitate the execution of a land sale from Concord Blue to MERS equal to the Loan Amount. |
| **3. Land** | Parties acknowledge the Land to be sold to MERS is the lot consisting of 16,004 square meters located at the address of Marie-Curie-Straße 1-5, 45699 Herten and GPS 51.57347 (lat) and 7.14877 (long).<br><br>This Land is the location of the Herten waste to hydrogen facility under development by Concord Blue. |
| **4. Lien** | Parties acknowledge as of the date of this loan agreement there is a lien on the Land of 1,500,000 EUR to Dr. Mühlen for liabilities owed to him from CB Engineering GmbH and CB Patents GmbH. |
| **5. Expediency** | As a condition for this loan agreement, Concord Blue is to take all necessary actions to prepare the land to be sold to MERS as expediently as possible. |



CONFIDENTIAL

| Terms | Matter |
|---|---|
| **6. Use of Proceeds** | Parties agreed the loan amount is to be spent for the following activities:<br><br>• Payments to Dr. Mühlen required to release the existing lien on the property to prepare the land for sale<br><br>• Payroll expenses for Concord Blue employees<br><br>• Other urgent and essential payments including amounts owed to tax authorities and lenders pursuing litigation to collect prior debts |
| **7. Effective Date** | Parties acknowledge the effective date of this loan agreement is **June 7, 2021**—the date the Loan Amount was received by Concord Blue. |
| **8. Collateral** | 10% of existing Concord Blue Energy shares are hereby pledged to MERS as collateral for this loan agreement. |
| **9. Forfeiture & Damages** | In the event the land sale transaction is not executed within the agreed timeframe then Concord Blue forfeits ownership of the Collateral to MERS.<br><br>In the event the land sale transaction is executed at impaired value less than the Loan Amount then damages have incurred to MERS.<br><br>MERS shall be entitled to recoup these damages by retaining an equivalent value of the Collateral. |
| **10. Confidentiality** | The Parties shall keep confidential the existence and contents of this Loan Agreement, save for the disclosure of information required by applicable law or regulation. |
| **11. Governing Law** | This Loan Agreement shall be governed by and enforced exclusively under the laws of the State of New York USA without application of the substantive or procedural principles of conflict of laws thereof. |



CONFIDENTIAL

*(Signature Page)*

**LOAN RECIPIENT**

**CONCORD BLUE ENERGY**

_____, _____      _____, _____
*(place)*      *(date)*      *(place)*      *(date)*


_____      _____
*(signature)*      *(signature)*


by: _____      by: _____
*(name of representative in block letters with function)*      *(name of representative in block letters with function)*



CONFIDENTIAL

*(Signature Page)*

**LENDER**

**MUNICIPAL EMPLOYEE'S RETIREMENT SYSTEM OF MICHIGAN ("MERS")**

Zurich, 9.7.2021
*(place)    (date)*

_____
*(signature)*

by: Gaia Arnaboldi, verdantf
*(name of representative in block letters with function)*

Zurich, 9.7.2021
*(place)    (date)*

_____
*(signature)*

by: Berry Polmann, verdantf
*(name of representative in block letters with function)*