# **EXHIBIT 19**



verdantƒ AG
Kobiboden 63
8840 Einsiedeln
Switzerland
August 13, 2021

Municipal Employees' Retirement System of Michigan
1134 Municipal Way
Lansing, MI 48917
USA
attn: Edward Mikolay

Draw Down Notice 043
MERS Real Assets Account
MERS - verdantƒ IMA

Dear Ed,

verdantƒ HEREBY CALLS on MERS of Michigan to pay:
  - USD 3,550,000.00
  - Due Date: August 23, 2021

Should you or anyone within MERS have any questions regarding this Draw Down, then feel free to call Berry Polmann at +41 795 555 373 during Michigan office hours.

**Background**

- Regarding this Drawdown Notice we refer to the MERS verdantƒ Investment Management Agreement outlining the MERS Real Assets Account with verdantƒ and the concurrent Powers of Attorney, signed and executed March 8th, 2016.

**Allocation**

- This drawdown will provide MERS a controlling interest in Concord Blue while providing working capital until the financial close of the German projects.

**Wiring**

-Direct to wire routing transit number: (RTN/ABA) 121000248

-Wells Fargo Bank, N.A.
-420 MontgomerySan Francisco, CA 94104

-Account name: Concord Blue Energy, Inc

-Wells Fargo account number: 4634177240

For and on behalf of verdantf:

For and on behalf of verdantf:

Zurich - Kuala Lumpur

| Notice |  |  | USD |
|---|---:|---|---:|
| Drawdown Notice No | 043 | Total called in this drawdown | 3,550,000.00 |
| Issue Date | August 13, 2021 | Cumulative drawdowns called prior to current notice | 130,282,927.50 |
| Due Date | August 23, 2021 | Cumulative drawdowns called including current notice | 133,832,927.50 |
|  |  | Cumulative Recallable Return of Capital | 4,056,155.03 |
| **Account** |  | **Balance** |  |
| Size | 150,000,000 | Unfunded balance prior to current notice | 23,773,227.53 |
|  |  | Unfunded balance including current notice | 20,223,227.53 |

| Aggregate | Drawdowns | Distributions |
|---|---:|---:|
| Cumulative amount prior to notice | 130,282,927.50 | 12,605,717.93 |
| Cumulative amount including current notice | 133,832,927.50 | 12,605,717.93 |
| Total net amount of drawdowns and distributions |  | 121,227,209.57 |



Zurich - Kuala Lumpur