# **EXHIBIT 20**



CONFIDENTIAL

## CONCORD BLUE ENERGY MERS NEW EQUITY PURCHASE AGREEMENT

### DECEMBER 2, 2021

This contractual document New Equity Purchase Agreement (**"NEPA"**) sets out the key terms and conditions for the purchase of equity in Concord Blue Energy, Inc. (**"CBE"**) to Municipal Employees' Retirement System of Michigan advised and represented by Verdantf AG (**"MERS"**), jointly the **"Parties"** or each individually a **"Party"**.

| Terms | Matter |
|---|---|
| **1. Total Capital** | MERS shall invest total of USD $11,380,000 (€9,482,954) into CBE in three instalments:<br><br>• Instalment One was received June 7, 2021 of USD $1,830,000 (€1,524,939)<br><br>• Instalment Two was received August 24, 2021 of USD $3,550,000 (€2,958,215)<br><br>• Instalment Three will be received within 10 business days of the signed date of this agreement of USD 6,000,000 (€4,999,800)<br><br>Note an exchange rate of 1 USD = €0.8333 is used throughout this document for converting between these two currencies. The contractually binding numbers shall be denoted in US dollars (USD). |
| **2. Purpose** | The Parties acknowledge the purpose of this equity transaction is to provide additional capital to fund Concord Blue operations to the end of the year December 31, 2021 (Instalments One & Two) and into 2022 (Instalment Three).<br><br>During this time, it is expected CBE shall make significant progress in the development of CBR projects. |
| **3. Provisional Valuation** | The Parties agree the initial valuation used for converting total invested capital into CBE shares shall be USD $18,000,000 (€14,999,400). |



CONFIDENTIAL

| Terms | Matter |
|---|---|
|  | The conversion of Total Capital invested using the Provisional Valuation is illustrated below in Exhibit One. |
| **4. Post Milestone Valuation** | Once the first project developed by Concord Blue completes the first project milestone then the Provisional Valuation used to convert Total Capital invested into CBE shares shall be changed to USD $70,000,000 (€58,331,000) **"Post Milestone Valuation"** only if the first project milestone is achieved within 15 months of August 13th 2021.<br><br>The conversion of total invested capital using the Post Milestone Valuation is illustrated below in Exhibit Two. |
| **5. First Project Milestone** | The first project milestone required for revaluing MERS shares using the Post Milestone Valuation is the signing of the Concord Blue EPC Contract as described on the Concord Blue EPC Terms & Conditions document (**"First Project Milestone"**). |
| **6. Replaces Prior Agreement** | This agreement shall supersede and replace the prior Concord Blue MERS Equity Purchase Agreement signed August 13, 2021. |
| **7. Confidentiality** | The Parties shall keep confidential the existence and contents of this New Equity Purchase Agreement, save for the disclosure of information required by applicable law or regulation. |
| **8. Governing Law** | This Equity Purchase Agreement shall be governed by and enforced exclusively under the laws of the State of New York USA without application of the substantive or procedural principles of conflict of laws thereof. |



CONFIDENTIAL

**Exhibit One: Provisional Valuation @USD $18M Enterprise Valuation**

|  | Post-Integration of Concord Blue Engineering GmbH | | NEPA | Post-NEPA (New Equity Purchase Agreement) | |
|---|---|---|---|---|---|
|  | Shares | Ownership | New Shares | Shares | Ownership |
| CT Power GmbH | 172,502 | 50.7% |  | 172,502 | 31.1% |
| MERS | 130,982 | 38.5% | 215,090 | 346,072 | 62.3% |
| WES (Sold to MERS) | 8,500 | 2.5% |  | 8,500 | 1.5% |
| S. Burmester | 3,563 | 1.0% |  | 3,563 | 0.6% |
| Reserved for issuance | 24,666 | 7.3% |  | 24,666 | 4.4% |
| Total | 340,213 | 100.0% |  | 555,303 | 100.0% |

Key Inputs

| 1 | Enterprise Valuation Pre-Money | $18,000,000 |
|---|---|---|
| 2 | Total Capital Invested | $11,380,000 |
| 3 | Enterprise Valuation Post-Money; (#1 + #2) | $29,380,000 |
| 4 | MERS New Ownership Percentage; (#2 / #3) | 38.734% |
| 5 | New Shares; 36.575% of total shares (old + new shares) | 215,090 |



CONFIDENTIAL

**Exhibit Two: Post Milestone Valuation @USD $70M Enterprise Valuation**

|  | Post-Integration of Concord Blue Engineering GmbH | | NEPA | Post-NEPA (New Equity Purchase Agreement) | |
|---|---|---|---|---|---|
|  | Shares | Ownership | New Shares | Shares | Ownership |
| CT Power GmbH | 172,502 | 50.7% |  | 172,502 | 43.6% |
| MERS | 130,982 | 38.5% | 55,309 | 186,291 | 47.1% |
| WES (Sold to MERS) | 8,500 | 2.5% |  | 8,500 | 2.1% |
| S. Burmester | 3,563 | 1.0% |  | 3,563 | 0.9% |
| Reserved for issuance | 24,666 | 7.3% |  | 24,666 | 6.2% |
| Total | 340,213 | 100.0% |  | 395,522 | 100.0% |

**Key Inputs**

| 1 | Enterprise Valuation Pre-Money | $70,000,000 |
|---|---|---|
| 2 | Total Capital Invested | $11,380,000 |
| 3 | Enterprise Valuation Post-Money; (#1 + #2) | $81,380,000 |
| 4 | MERS New Ownership Percentage; (#2 / #3) | 13.9838% |
| 5 | New Shares; 6.8% of total shares (old + new shares) | 55,309 |



*(Signature Page)*

**CONCORD BLUE ENERGY, INC.**

<u>Muc</u>, <u>12/02/21</u>
*(place)*   *(date)*

*C. TLLi*
*(signature)*

by:  <u>C. Thannhaeuser, CEO</u>
     *(name of representative in block letters with function)*

<u>Taipei, Taiwan</u>, <u>Dec. 2, 2021</u>
*(place)*   *(date)*

*Frank N. Gilliam*
*(signature)*

by:  <u>Frank N. Gilliam, CFO & COO</u>
     *(name of representative in block letters with function)*



CONFIDENTIAL

*(Signature Page)*

**MUNICIPAL EMPLOYEE'S RETIREMENT SYSTEM OF MICHIGAN ("MERS")**

| Zurich | , | 12/02/21 | | zurich | , | 12/02/21 |
|---|---|---|---|---|---|---|
| *(place)* | | *(date)* | | *(place)* | | *(date)* |

*(signature)*                                               *(signature)*

by:  Gaia Arnaboldi                     by:  Berry Polmann
*(name of representative in block letters with function)*     *(name of representative in block letters with function)*

Concord Blue

# Audit Trail

**Signeasy**

This audit trail was created during the document signature process and holds details of parties involved, including email address of signer(s), device IPs, signature timestamp and more. It serves as a digital certificate and can be used as a legal evidence.

| | |
|---|---|
| **DOCUMENT** | CBE MERS Equity Purchase Agreement Amended for 3rd Installment v3.pdf |
| **INITIATOR EMAIL** | maxim@concordblueenergy.com |
| **INITIATOR REFERENCE ID** | f43c6149815446b985272cea0c2b7319 |

| DOCUMENT NAME | FINGERPRINT | REFERENCE ID | VERIFICATION LINK |
|---|---|---|---|
| CBE MERS Equity Purchase Agreement Amended for 3rd Installment v3.pdf | 1f5584595c0e16b4191 6ed2b1742ddfff54561 31ddce4cd5d1c265ba a2b0f09c | 7a15f051f2f540f3bee3 7b8cbe8ac88e | Click to verify |



### LEGAL

Electronic signature are legally binding and admissible in a court of law in accordance with the ESIGN Act in United States and eIDAS in the European Union. Most of the other countries around the world as well have adopted an electronic signature law or have recognized electronic signatures for business or personal transactions.



### SECURE

This document was securely processed using 256 bit SSL encryption technology for the communication channels between your device and the secure servers hosted at Amazon Web Services, which is ISO 27001 compliant.



### TRUST

Signeasy is trusted and used by thousands of companies and millions of people in over 150 countries.



Learn more at https://signeasy.com

## Audit Trail


**Signeasy**

Signature request initiated for:

**ct@concordblue.de (Charlie Thannhaeuser )**

Initiated on: 2021-12-02 16:19:09 UTC

IP: 172.58.175.67

Recipients added to CC list:

**fgilliam@concordblueenergy.com**

Initiated on: 2021-12-02 16:19:09 UTC

IP: 172.58.175.67

**Signed By ct@concordblue.de (Charlie Thannhaeuser)**

Signed on: 2021-12-02 16:21:04 UTC

IP: 80.149.170.9

**Signature request completed.**

Completed on: 2021-12-02 16:21:06 UTC

IP: 80.149.170.9