# EXHIBIT 22

## Liste der Gesellschafter

### der
### Concord Blue Patent GmbH

### mit dem Sitz in Düsseldorf
### Amtsgericht Düsseldorf, HRB 68793

| lfd. Nrn. Geschäftsanteile | Gesellschafter | Gesamtumfang der Beteiligung am Stammkapital (Prozent) | Geschäftsanteile Nennbetrag (EUR) | Anteil (Prozent) (ggf. gerundet) | Veränderungen |
|---|---|---|---|---|---|
| 1 - 16.250 | CT Power GmbH, Sitz: Düsseldorf, Amtsgericht Düsseldorf, HRB 41478 | 65,00 | je 1,00 | <1 | |
| 16.251 - 16.875 | R.K. Unternehmensberatungs-GmbH, Sitz: Düsseldorf, Amtsgericht Düsseldorf, HRB 69139 | 2,50 | je 1,00 | <1 | Anteilserwerb |
| 16.876 - 23.125 | Municipal Employees' Retirement Systems of Michigan, Sitz: Michigan/USA | 25,00 | je 1,00 | <1 | |
| 23.126 - 23.750 | Gaia Arnaboldi, wohnhaft Zürich/Schweiz, geboren 03.03.1975 | 2,50 | je 1,00 | <1 | |
| 23.751 - 24.375 | Berry Polmann, wohnhaft Zürich/Schweiz, geboren 05.03.1973 | 2,50 | je 1,00 | <1 | |
| 24.376 - 25.000 | CB Patent Investments, LLC, Sitz: Reno, Nevada/USA, Nevada Secretary of State, Entity Number E0606392013-6 | 2,50 | je 1,00 | <1 | |
| Stammkapital Prozent/EUR | | 100 | 25.000,00 | 100 | |

Ich bescheinige, dass die geänderten Eintragungen den Veränderungen entsprechen, an denen ich gemäß meiner Urkunde vom 23. Dezember 2020 - UR.Nr. Z 2722/2020 - mitgewirkt habe und die übrigen Eintragungen mit dem Inhalt der zuletzt im Handelsregister aufgenommenen Liste übereinstimmen.

Düsseldorf, den 29. Dezember 2020/ab



Prof. Dr. Norbert Zimmermann
Notar

Düsseldorf, den 30.12.2020

Hiermit beglaubige ich die Übereinstimmung, der in dieser Datei enthaltenen Bilddaten (Abschrift) mit dem mir vorliegenden Papierdokument (Urschrift).

Prof. Dr. Norbert Zimmermann
Notar