# EXHIBIT 24



verdantƒ AG
Kobiboden 63
8840 Einsiedeln
Switzerland
October 19, 2022

Municipal Employees' Retirement System of Michigan
1134 Municipal Way
Lansing, MI 48917
USA
attn: Edward Mikolay

Draw Down Notice 057
MERS Real Assets Account
MERS - verdantƒ IMA

Dear Ed,

verdantƒ HEREBY CALLS on MERS of Michigan to pay:
  - USD 1,000,000.00
  - Due Date: October 24, 2022

Should you or anyone within MERS have any questions regarding this Draw Down, then feel free to call Berry Polmann at +41 795 555 373 during Michigan office hours.

### Background
- Regarding this Drawdown Notice we refer to the MERS verdantƒ Investment Management Agreement outlining the MERS Real Assets Account with verdantƒ and the concurrent Powers of Attorney, signed and executed March 8th, 2016.

### Allocation
- These funds will be used for working capital

### Wiring
-Direct to wire routing transit number: (RTN/ABA) 121000248

-Wells Fargo Bank, N.A.
-420 Montgomery
San Francisco, CA 94104

-Account name: Concord Blue Energy, Inc

-Wells Fargo account number: 4634177240

For and on behalf of verdantf:

For and on behalf of verdantf:

Zurich - Kuala Lumpur

| Notice | | | USD |
|---|---|---|---|
| Drawdown Notice No | 057 | Total called in this drawdown | 1,000,000.00 |
| Issue Date | October 19, 2022 | Cumulative drawdowns called prior to current notice | 162,070,853.73 |
| Due Date | October 24, 2022 | Cumulative drawdowns called including current notice | 163,070,853.73 |
| | | Cumulative Recallable Return of Capital | 4,056,155.03 |
| **Account** | | | |
| Size | 150,000,000 | Net Draw (prior to current notice) | |
| | | Drawdowns | 162,070,853.73 |
| | | Recallable Return of Capital | (4,056,155.03) |
| | | Non Recallable Return of Capital | (4,157,443.22) |
| | | Dividends | (4,879,416.59) |
| | | | 148,977,838.89 |
| | | Unfunded balance prior to current notice | 1,022,161.11 |
| | | Unfunded balance including current notice | 22,161.11 |

| **Aggregate** | **Drawdowns** | **Distributions** |
|---|---|---|
| Cumulative amount prior to notice | 162,070,853.73 | 13,093,014.84 |
| Cumulative amount including current notice | 163,070,853.73 | 13,093,014.84 |
| Total net amount of drawdowns and distributions | | 149,977,838.89 |



Zurich - Kuala Lumpur