# **EXHIBIT 26**



June 28, 2023

verdant*f* AG
c/o Berry Polmann and Gaia Arnaboldi
Gladbachstrasse 105
CH-8044
Zurich, Zurich, Switzerland

Delivered via email: gaia@verdantf.com; berry@verdantf.com

RE: Termination of Investment Management Agreements

Dear Mr. Polmann and Ms. Arnaboldi,

With reference to section 6.2 of the December 30, 2015 Investment Management Agreement between MERS and verdantf pertaining to MERS' investment in Agricola Cerro Prieto, section 5.02 of the June 12, 2015 Investment Administrative Agreement between MERS and verdantf pertaining to MERS' investment in ROMO Wind Holding AG (only insofar as verdantf disputes that such agreement is already terminated), and section 6.2 of the March 8, 2016 Investment Management Agreement between MERS and verdantf pertaining to the MERS Real Assets Account, verdantf is hereby notified of the termination of the aforementioned agreements effective 30 days from the date of this letter, July 28, 2023.

Pursuant to the aforementioned agreements, MERS looks forward to verdantf's reasonable and good faith cooperation as management of the remaining assets subject to the aforementioned agreements is transferred to MERS' newly appointed investment manager, Ospraie Management.

Included with this termination notice is MERS' immediate revocation of any and all powers of attorney previously granted to verdantf in relation to the aforementioned agreements.

Regards,

Brian LaVictoire
Deputy General Counsel for Investments and Compliance
Municipal Employees' Retirement System of Michigan

cc: Jeb Burns, Chief Investment Officer, MERS
Ed Mikolay, Managing Director of Private Markets, MERS