UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUNICIPAL EMPLOYEES' RETIREMENT
SYSTEM OF MICHIGAN,

    Plaintiff,

v.

VERDANTF AG, et al.,

    Defendants.
_____/

Case No. 1:25-cv-1167

HONORABLE PAUL L. MALONEY

## STATUS REPORT ORDER

In response to a Notice of Impending Dismissal issued by the Court, Plaintiff has filed a Verified Petition (ECF No. 22).  In the petition, Plaintiff states that service has not been effectuated on Defendant Gaia Arnaboldi because Arnaboldi resides in Europe, possibly Switzerland, and must be served pursuant the Hague Service Convention.  Upon review of the petition, the Court is satisfied that dismissal of the case is unwarranted at this time.  Therefore,

**IT IS HEREBY ORDERED** that Plaintiff will file a status report on the status of service on Defendant Gaia Arnaboldi within 180 days if Arnaboldi has not yet been served.

Dated:  January 2, 2026

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge