UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN,

Plaintiff,

v.

VERDANTF AG, et al.,

Defendants.

Case No. 1:25-cv-1167

HONORABLE PAUL L. MALONEY

**ORDER DISMISSING MOTIONS TO DISMISS AS MOOT**

Defendants Verdantf AG, Berry Polmann, and Gaia Arnaboldi have filed motions to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF Nos. 34 and 36). On March 10, 2026, Plaintiff filed an amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) (ECF No. 38) When filed, an amended complaint supersedes the original complaint, which becomes a nullity. *See Drake v. City of Detroit*, 266 F.App'x 444, 448 (6th Cir. 2008); *Klyce v. Ramirez*, 852 F.2d 568, 1988 WL 74155, at * 3 (6th Cir. July 19, 1998) (per curiam) (unpublished table opinion) (collecting cases from other circuits). An amended complaint filed after a motion to dismiss has been filed renders the motion to dismiss moot. *See Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint."). Accordingly, the motions to dismiss the complaint (ECF Nos. 34 and 36) are DISMISSED AS MOOT.

**IT IS SO ORDERED.**

Date: March 11, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge