UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN, Plaintiff, | ) | No. 1:25-cv-1167 |
| -v- | ) | Honorable Paul L. Maloney |
| VERDANTF AG, *et al.* Defendants. | ) | |

**ORDER DENYING REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiff Municipal Employees' Retirement System of Michigan (MERS) filed a motion for a preliminary injunction and requested expedited consideration of the motion. ECF No. 78. Plaintiff requests the court enjoin an arbitration. The court will deny the request to expedite the briefing schedule.

The Local Rules permit parties to request expedited consideration of a motion. *See* W.D. Mich. LCivR 7.1(e). The moving party must show that the relief requested in its motion may be rendered moot before the motion can be briefed in accordance with the briefing schedule. *Id.*

According to Plaintiff, Defendants initiated an arbitration proceeding on September 29, 2026. While the arbitration organization has started the process of identifying and appointing an arbitrator, according to Defendants no arbitrator has yet been appointed as of November 16, 2026, at 11:00 p.m. Plaintiff contends that once the arbitrator is appointed, the parties must begin the arbitration process within 30 days and the arbitrator must hold a final hearing within 90 days.

Plaintiff has not met its burden under the Local Rule. A motion for a preliminary injunction is considered a dispositive motion so the opposing party has twenty-eight days to respond. W.D. Mich. LCivR 7.2(a) and (c). The moving party may file a reply within fourteen days after service of the response. *Id.* 7.2(c). Plaintiff filed this motion more than six weeks after Defendants filed their arbitration demand. That delay alone warrants denial of the motion. Plaintiff cannot create a need for expedited consideration of a motion by its own delay. On this record, no arbitrator has been appointed so the 30-day clock to commence the arbitration has not started. The briefing schedule for this motion may be complete before the arbitration process starts. The briefing schedule for this motion will certainly be complete well before any final hearing in the arbitration process.

Accordingly, the court **DENIES** the portion of Plaintiff's motion seeking expedited consideration of its motion for a preliminary injunction. ECF No. 78. The motion for a preliminary injunction remains pending. **IT IS SO ORDERED.**

Date: November 18, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge